# EXHIBIT D

**BuzzFeed**NEWS / REPORTING TO YOU

BuzzFeed  Videos  Quizzes  Tasty  More

**Death in the Terminal** - A Normal Day Became A Nightmare. One Act Of Terror. Six Eyewitness Accounts.   WATCH NOW   PRESENTED BY TOPIC

# New York City To Pay HIV-Positive Man Denied Job With NYPD $50,000

Raymond Parker says he was unfairly denied a job as an NYPD 911 operator based on his HIV-positive status.

Posted on April 11, 2017, at 12:14 p.m.



**Mike Hayes**
BuzzFeed News Reporter



Raymond Parker
*Fisher & Taubenfeld*

---

**Quickly Catch Up**

Florida and South Carolina declared states of emergency ahead of Hurricane Irma, one of the most powerful Atlantic storms in history. ›

The Democrats and Trump reached a deal to avoid a government shutdown by tying Harvey relief to a raise in the debt ceiling. ›

Trump revealed who he is by ending DACA, pardoning Arpaio, and defending white supremacists — and there won't be a pivot. ›

6 minutes ago    REPORTING TO YOU



**If You've Done 24/32 Of These Things You're A Legit Traveler**

VISA Checkout  *Promoted by*
Marriott REWARDS  **Visa Checkout & Marriott Rewards®**

**News moves fast. Keep up with the BuzzFeed News daily email!**

Your email address    **Sign up**



**BuzzFeed**NEWS / REPORTING TO YOU

BuzzFeed  Quizzes  Trending  More ⌄

Death in the Terminal - A Normal Day Became A Nightmare. One Act Of Terror, Six Eyewitness Accounts   WATCH NOW   PRESENTED BY 

# New York City To Pay HIV-Positive Man Denied Job With NYPD $50,000

Raymond Parker says he was unfairly denied a job as an NYPD 911 operator based on his HIV-positive status.

Posted on April 11, 2017, at 12:14 p.m.

 **Mike Hayes**
BuzzFeed News Reporter



Raymond Parker
*Fisher & Taubenfeld*

The City of New York has settled a lawsuit brought on behalf of a HIV-positive man who was denied a job with the NYPD after the police started to digging into his medical background.

New York City will pay Raymond Parker $50,000, according to the details of the settlement, and reconsider the 60-year-old Brooklyn man for the 911-operator position that he originally applied for back in 2013.

As part of the settlement, the NYPD will also be required to provide all members of its Medical Assessment Unit with training in Title 1 of the Americans with Disabilities Act, which is the provision

Share / Share

Parker was initially offered the operator job when he applied in 2013.

He said he was upfront about his status as HIV-positive, court records show. Still, during his medical evaluation, the NYPD requested more information about Parker's CD4 count, a measure of health in people with HIV.

In Dec. 2013, according to court records, the NYPD sent Parker a "Notice of Medical Disqualification," which said he was medically disqualified due to his "HIV low CD4 count."

Parker filed a complaint with the Equal Opportunity Employment Commission, but his case failed. Then, in Jan. 2017, former Manhattan U.S. Attorney Preet Bharara sued the City of New York on Parker's behalf for discrimination under the Americans with Disabilities Act.

"The NYPD's failure to hire Parker because of his disability was an adverse employment action," the lawsuit said. "The NYPD did not have a legitimate non-discriminatory reason for failing to hire Parker."

"They can't disqualify me because of my disability," Parker told the New York Post in an interview after the lawsuit was filed.

"I know that there are hundreds of thousands of diseases that people work with and there is no reason to exclude me because of my disability."

"The ADA prohibits employers from denying job applicants employment opportunities on the basis of a disability or perceived disability," Acting U.S. Attorney Joon H. Kim said in a statement. "As a result of this lawsuit, the City of New York has acknowledged that HIV status is not a basis to deny an individual employment. We will continue to work to ensure that employers do not discriminate against job applicants with disabilities."

Parker's attorney told BuzzFeed News that he has been living "symptom free" with HIV for about 20 years.

According to the settlement, the NYPD issued Parker a letter this month with a "conditional offer" of employment contingent upon him passing a medical clearance. The NYPD and New York City Law Department did not respond to a request to comment on this story.

"My client is exceedingly happy," Liane Fisher, Parker's attorney, told BuzzFeed News. "He's now in the process of reapplying for the position. He hopes to get it. He's just got to go through medical clearance like anyone else — which is what we wanted."

Michael Hayes is a senior reporter for BuzzFeed News and is based in New York.
Contact Mike Hayes at mike@buzzfeed.com.

Got a confidential tip? Submit it here.

News moves fast. Keep up with the BuzzFeed News daily email!

Your email address        Sign up

**0 Comments**                                Sort by  Oldest


Add a comment...

Facebook Comments Plugin

**BuzzFeed Home**
**Sitemap**
© 2017 BuzzFeed, Inc.