# EXHIBIT A

*Mango v. Buzzfeed*, 17-cv-6784 (VM)

## TIME ENTRIES:
## James H. Freeman

| Date | Description | Hrs. |
|---|---|---|
| 9/6/17 | • Registration diligence; take screenshots of infringing articles; research Buzzfeed corporate background | 2.5 |
|  | • Draft and File Complaint | 1.5 |
| 9/8/17 | • Arrange and confirm service of process | 0.25 |
| 9/18/17 | • Arrange amended service of process | 0.10 |
| 10/30/17 | • Research other infringement lawsuits vs. Buzzfeed; research other news articles re: Raymond Parker | 0.5 |
| 10/6/18 | • E-mail w/ opposing counsel re: extension of time | .10 |
| 11/8/18 | • Review / take notes re: Answer to complaint | 0.50 |
| 11/21/17 | • Prepare litigation statement for Copyright Office | 0.25 |
| 11/22/17 | • Draft and file Amended Complaint | .75 |
| 12/6/17 | • Review / take notes re: Answer to amended complaint | 0.5 |
| 12/8/17 | • Draft joint letter to Court re: initial case management | 1.25 |
| 1/22/18 | • Review Magistrate Order / mediation rules | 0.25 |
| 2/1/18 | • Draft mediation statement and acknowledgement form to Magistrate Judge | 2.75 |
| 2/5/16 | • Meeting w/ Mango re: mediation preparation | 1.0 |
| 2/6/18 | • Attend Mediation Session w/ Mag. Judge Fox | 2.25 |
|  | • Research / draft letter motion for pre-motion conference re: judgment on the pleadings under Rule 12(c) | 3.5 |

*Mango v. Buzzfeed*, 17-cv-6784 (VM)

| Date | Description | Hrs. |
|---|---|---|
| 2/8/18 | • Review / take notes re: Buzzfeed response to pre-motion letter | 0.5 |
| 2/22/18 | • Draft reply in further support of letter motion – judgment on the pleadings | 0.75 |
| 3/8/18 | • Review Buzzfeed's third-party subpoena to NY Post | 0.50 |
| 3/14/18 | • Draft and research Plaintiff's Rule 26(a) disclosures | 0.50 |
| | • Draft Plaintiff's First Set of Requests for Production of Documents | 1.25 |
| | • Draft Plaintiff's First Set of Interrogatories | 0.75 |
| 5/2/18 | • Review Court Order re: Rule 12(c) motion | 0.25 |
| 5/16/18 | • Review Buzzfeed letter to Court re: reconsideration of Rule 12(c) | 0.10 |
| 5/18/18 | • Review letter from Buzzfeed re: request for adjournment of conference | 0.10 |
| 5/21/18 | • Draft letter to Court: bench trial and summary judgment | 0.50 |
| 5/22/18 | • Draft letter to Buzzfeed re: Buzzfeed document deficiencies; testimony concerning Buzzfeed size/assets | .50 |
| 5/23/18 | • Review letter from Buzzfeed re: bench trial | 0.25 |
| 5/24/18 | • Draft Plaintiff's First Set of Requests for Admissions | 2.75 |
| 5/25/18 | • Draft letter to Court re: bench trial | 0.25 |
| 5/29/18 | • Review Buzzfeed's First Set of Requests for the Production of Documents | 1.25 |
| 5/30/18 | • Draft letter to Buzzfeed re: Rule 37 deficiencies; trial testimony, deposition dates | 0.50 |

*Mango v. Buzzfeed*, 17-cv-6784 (VM)

| Date | Description | Hrs. |
|---|---|---|
| 5/31/18 | • Compile evidence re: Hayes' work experience | 1.25 |
| | • Draft Plaintiff's Second Rule 26(e) Supplemental Disclosures | 0.75 |
| | • Review Defendant's document production | 0.50 |
| 6/1/18 | • Draft Plaintiff's segment of Joint pre-trial order | 3.5 |
| | • Review Plaintiff's document production; Draft Plaintiff's Exhibit List | 1.5 |
| 6/2/18 | • Prepare documents for production to Buzzfeed | 2.5 |
| | • Draft Plaintiff's Proposed Findings of Fact, Conclusions of Law; Memorandum of Law | 6.5 |
| 6/3/18 | • Continue drafting / researching Plaintiff's Proposed Findings of Fact, Conclusions of Law; Memorandum of Law | 7.25 |
| | • Continue drafting Plaintiff's segment of Joint pre-trial order | 3.75 |
| 6/4/18 | • Continue drafting Plaintiff's Proposed Findings of Fact, Conclusions of Law; Memorandum of Law | 6.5 |
| | • Continue drafting segment of Joint pre-trial order | 2.5 |
| | • Research Buzzfeed's net worth | 0.75 |
| | • Review / take notes Buzzfeed's Pre-Trial Memorandum of Law; Proposed Findings of Fact and Conclusions of Law | 2.75 |
| | • Review Defendant's document production | 0.50 |
| | • Draft proposed Stipulation of facts | 1.50 |
| 6/6/18 | • Review Buzzfeed motion in limine to exclude evidence concerning Buzzfeed's financial information | 1.25 |

*Mango v. Buzzfeed*, 17-cv-6784 (VM)

| Date | Description | Hrs. |
|---|---|---|
|  | • Draft letter to Buzzfeed re: trial testimony, production of documents, stipulation of facts | 0.5 |
|  | • Review Buzzfeed's motion in limine to exclude irrelevant and cumulative witness testimony | 0.75 |
| 6/8/18 | • Review Buzzfeed letter re: outstanding document production. | 0.10 |
|  | • Draft party subpoenas re: Hayes, Yaqubi, Buzzfeed Corp. Rep. | 1.25 |
|  | • Draft and research third-party subpoena re: Liane Fisher | 2.75 |
|  | • Draft letter to Buzzfeed re: party subpoenas; Hayes' trial availability | 0.25 |
| 6/11/18 | • Draft letter to Buzzfeed re: deficient discovery responses | 0.75 |
| 6/11/18 | • Research and draft Plaintiff's Memorandum of Law in Opposition to Defendant's motions in Limine #1 and #2 | 3.75 |
| 6/12/18 | • Research and draft Plaintiff's Memorandum of Law in Opposition to Defendant's motions in Limine #1 and #2 | 2.5 |
| 6/13/18 | • Research and draft Plaintiff's Memorandum of Law in Opposition to Defendant's motions in Limine #1 and #2 | 5.5 |
| 6/14/18 | • Compile Mango's licensing fee history | 1.75 |
| 6/15/18 | • Draft letter response re: discovery deficiencies | 0.5 |
| 6/18/18 | • Review Buzzfeed's reply in further support of motion in limine | 0.5 |

*Mango v. Buzzfeed*, 17-cv-6784 (VM)

| Date | Description | Hrs. |
|---|---|---|
| 6/22/18 | • Review Liane Fisher's response to third-party subpoena | 0.50 |
| 6/25/18 | • Review / take notes re: Buzzfeed's responses and objections to Mango's first set of requests to admit | 0.50 |
| 7/5/18 | • Review Buzzfeed letter re: outstanding document production | 0.25 |
| 7/9/18 | • Draft letter to Buzzfeed re: discovery deficiencies | 1.75 |
| 7/12/18 | • Review documents for production | 2.25 |
| 7/13/18 | • Draft and research Plaintiff's Amended Proposed Findings of Fact and Conclusions of Law | 4.5 |
| | • Review / take notes re: Buzfeed's Amended Pre-Trial Memo of Law | 1.25 |
| | • Draft Donna Halperin declaration | 1.75 |
| | • Draft Mango's licensing fee analysis | 1.25 |
| 7/16/18 | • Revise Party Subpoenas for new trial date | 0.75 |
| 7/19/18 | • Review Decision and Order re: motions in limine | 0.5 |
| | • Draft outline for pre-trial conference | 0.75 |
| 7/23/18 | • Draft letter to Court re: request to file amended pre-trial memorandum of law | 0.25 |
| 7/27/18 | • Draft Stipulation Before Trial | 0.50 |
| 8/2/18 | • Draft letter to court re: trial technology | 0.25 |
| | • Compile key citations from Mango's deposition transcript | 3.75 |
| | • Prepare Plaintiff's trial exhibits | 6.25 |

*Mango v. Buzzfeed*, 17-cv-6784 (VM)

| Date | Description | Hrs. |
| --- | --- | --- |
| 8/3/18 | • Review letter from Buzzfeed to Court re: alternate trial witnesses | 0.10 |
| | • Draft Plaintiff's Exhibit List | 1.5 |
| 8/6/18 | • Draft letter to Court re: alternate trial witnesses | 0.5 |
| | • Review Buzzfeed's deposition designations | 0.75 |
| 8/8/18 | • Draft letter to Court re: order of trial witness appearances | 0.25 |
| | • Draft chronology of events | 2.25 |
| 8/9/18 | • Draft and research witness outline re: Mango | 7.25 |
| 8/10/18 | • Draft and research witness outline re: Gregory Brehm | 3.25 |
| | • Draft and research witness outline re: Michael Hayes | 7.5 |
| 8/11/18 | • Draft and research witness outline re: Liane Fisher | 3.75 |
| | • Revise witness outline re: Mango | 2.5 |
| | • Meeting w/ Mango re: trial preparation | 3.5 |
| 8/12/18 | • Research and draft bench memoranda re: hearsay, foundation, remedial measures, CMI, fair market value | 4.5 |
| | • Draft and research closing statement | 3.75 |
| | • Draft opening statement | 0.50 |
| | • Revise witness outlines re: Mango, Brehm, Fisher, Hayes | 4.5 |
| 8/13/18 | • Attend Bench Trial | 5.5 |
| 8/27/18 | • Draft Plaintiff's statement re: settlement status | 0.10 |

*Mango v. Buzzfeed*, 17-cv-6784 (VM)

| Date | Description | Hrs. |
|---|---|---|
|  |  |  |
| 10/8/18 | • Review Buzzfeed letter to Court: section 1202 / *Krechmer*; Review *Krechmer* | 0.75 |
| 10/11/18 | • Research and Draft letter to Court re: sec. 1202 / *Krechmer* | 2.50 |
|  | **TOTAL** | **174.95** |
|  |  |  |