# NEW YORK POST

SECTIONS | SEARCH | TIPS | SIGN UP

**RECOMMENDED**

Uber driver arrested after passenger is... | Man says heiress ex stopped paying spousal... | Ex-NYPD sergeant vows ex-wife 'will... | De Blasio wants to scrap admissions...



**BUY AT&T WIRELESS. GET LIVE TV ON US.**

**METRO**

# Man gets NYPD job he was denied due to HIV

By Kaja Whitehouse | April 11, 2017 | 4:43pm



Raymond Parker
Gregory P. Mango.

A Brooklyn man who was denied an NYPD techie job because of his HIV has been vindicated — with a new offer of employment and a check for $85,000.

**SEE ALSO**



Raymond Parker received the job offer and dough as the result of a settlement between the city and the Manhattan US Attorney's Office, which sued the city after the NYPD yanked Parker's job offer due to his HIV.

## TRENDING NOW ON NYPOST.COM


67,973
**Man thinks T-shirt gifted by ex-girlfriend means 'I love you'**


66,283
**Skydiving accident survivor is brutally honest about her daily accidents**


55,281
**Sales for Mariah Carey's Vegas shows are 'a disaster'**


46,907

0261

https://nypost.com/2017/04/11/man-gets-nypd-job-he-was-denied-due-to-hiv/

**SEE ALSO**



Bharara sues city over NYPD rejecting man with HIV

Raymond Parker received the job offer and dough as the result of a settlement between the city and the Manhattan US Attorney's Office, which sued the city after the NYPD yanked Parker's job offer due to his HIV.

As part of the settlement, announced Tuesday, the city also acknowledged that it was wrong to have disqualified Parker for a job as a police communications technician because of his HIV, which is a disability under the Americans with Disabilities Act.

Parker, 61, had applied for the job in July 2013 and was given a "conditional" offer of employment shortly thereafter, according to the feds' lawsuit.

But after he told the city about his HIV during a routine medical exam, the NYPD requested more information about his CD4 count, a measure of health in people with HIV.

In December 2013, the NYPD sent Parker a "notice of medical disqualification" due to his "low CD4 count."

"I keep myself in shape. I don't let my body wither. I live life to the fullest. I felt confident I could do the job," Parker told The Post after the Manhattan US Attorney's office sued the city in January.

A spokesman for the city's Law Department didn't return a request for comment.

"As a result of this lawsuit, the City of New York has acknowledged that HIV status is not a basis to deny an individual employment," Acting Manhattan US Attorney Joon Kim said. "We will continue to work to ensure that employers do not discriminate against job applicants with disabilities."

FILED UNDER  DISCRIMINATION, HIV/AIDS, LAWSUITS, NYPD, PREET BHARARA

 Cops hunt for man who tried to fire gun during fight

**SPONSORED STORIES**

Recommended by Outbrain


Staying On Your Diet Just Got So Much Easier
Hungryroot


The 30 Worst Failed Chain Restaurants That No One Misses
Ice Pop

Should You Refinance Your Mortgage? Find Answers with Ask Top Searches
Ask.com


Sales for Mariah Carey's Vegas shows are 'a disaster'

46,907

UFC star defends husband's swastika tattoo after accidental tweet


BUY AT&T WIRELESS. GET LIVE TV ON US.*
Req's min. $75/mo. wireless. After 1 year DIRECTV NOW renews at full price (min. $35/mo.) unless canceled.
Compatible device req'd (sold separately).
LEARN MORE
*Ltd time NY metro offer. Req's new line on eligible wireless. Price before discounts. Cancel DIRECTV NOW anytime. Price subj. to change. Eligibility & restr's apply. Details att.com/livetvonus


SPONSORED BY ADOBE DOCUMENT CLOUD
Run work like clockwork.

MANG0262