🔴 Mike Hayes (mikehayes) on Bu

🔒 BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes

**BuzzFeed**  News  Videos  Quizzes  Tasty  As/Is  More ⌄  [Search]

   



# Mike Hayes

Michael Hayes is a senior reporter for BuzzFeed News and is based in New York.
Contact this reporter at mike@buzzfeed.com

**English Posts**    All Posts



## Police Union Tried To Block Publication Of NYPD Database

The unusual request came as BuzzFeed News was preparing to release thousands of secret disciplinary records.

 Kendall Taggart • One month ago



## Here's Why BuzzFeed News Is Publishing Thousands Of Secret NYPD Documents

BuzzFeed News is making public a huge cache of the New York Police Department's disciplinary records, revealing for the first time which employees have been charged with misconduct and what punishment, if any, they have received. The information is an important tool for people accused of crimes and for officers who feel they were punished excessively, but the department has fought hard to keep it secret.

 Kendall Taggart • One month ago



## Here Are The Secret Records On Thousands Of New York Police Misconduct Cases

Officers' names. Disciplinary charges. Punishments. This huge trove of secret disciplinary records is available and searchable for the first time.

 Kendall Taggart • One month ago



## The NYPD Is Arguing, Once Again, That Punishments For Police Misconduct Must Remain Secret

For decades the outcomes of the NYPD's disciplinary

**f  Like On Facebook**

**🐦  Follow On Twitter**

**🔲  Visit Website**

**Top Posts From Mike Hayes**



**First Person Convicted Of "Revenge Porn" In Oregon Gets Jail Sentence**



**Kalief Browder's Family Was About To Settle His Lawsuit — Now Everything Is On Hold**



**Germany Crushes Brazil 7-1 In World Cup Semifinal**



NG0139



🔒 BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes



For decades the outcomes of the NYPD's disciplinary hearings for officers accused of misconduct were made public. But lawyers for the NYPD argued in court Wednesday that that was a mistake and state law forces them to keep the information secret.

 Kendall Taggart • One month ago



### Mother Of Eric Garner And Officials Call For Action On Police Misconduct

The community outcry comes days after a BuzzFeed News investigation revealed that the NYPD let hundreds of officers who lied, stole, and assaulted New Yorkers keep their jobs.

 Mike Hayes • 2 months ago



### Responding To BuzzFeed News NYPD Investigation, Top Officials Call For Change

After revelations that New York City police officers who lie, steal, and assault people are allowed to keep their jobs, Mayor Bill de Blasio, Police Commissioner James O'Neill, and lawmakers said it should be easier for citizens to learn about NYPD discipline.

 Mike Hayes • 2 months ago



### Secret NYPD Files: Officers Who Lie And Brutally Beat People Can Keep Their Jobs

Internal NYPD files show that hundreds of officers who committed the most serious offenses — from lying to grand juries to physically attacking innocent people — got to keep their jobs, their pensions, and their tremendous power over New Yorkers' lives. A BuzzFeed News investigation.

 Kendall Taggart • 2 months ago



### Audio Reveals A Man Told Police "I Can't Breathe" While In A Squad Car — And Later Died

An audio recording from Andrew Kearse's arrest reveals the chilling details of his last moments before he died in police custody in New York.

 Mike Hayes • 3 months ago



**Photos Of 17 Amputees Shown At Boston Marathon Bombing Trial**



**Wal-Mart And Police Sued After Man Fatally Shot In Ohio Store**



**"Sons Of Anarchy" Season Premiere Shocks With Bloody School Shooting Scene**



**DEA And NYPD Bust Drug Company That Didn't Report Theft Of Oxycodone**

house. And when I opened up my Christmas gift from her (at my home)

**17 Creepy, Crawly, Cringeworthy Confessions From People Who Got Bedbugs**



**A High School Student Suspended For Not Standing During Pledge Of**

MANG0140



Mike Hayes (mikehayes) on Bu...

🔒 BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes



### Judge Blasts NYC And NYPD For Failing To Turn Over Evidence In Brutality Case

In a highly unusual step, a federal judge said that NYC's failure to hand over evidence or investigate civil rights violations was so egregious she recommended an immediate end to the dispute in the alleged victim's favor.

 Mike Hayes • 3 months ago



### A Baltimore Cop Who Was Caught On Video Apparently Planting Drugs Has Been Charged

A grand jury has indicted a Baltimore cop seen in body-camera footage placing drugs at an alleged crime scene. The person charged with a drug offense in the case almost pleaded guilty before the video surfaced.

 Mike Hayes • 4 months ago



### 13-Year-Old Idaho Middle Schooler Raped By Older Student In Computer Lab, Lawsuit Says

According to the complaint, the victim was forced to leave school and move to a different town. Her alleged 17-year-old attacker is facing felony charges, but only served a one-day suspension from school.

 Mike Hayes • 4 months ago



### This Prison System Has Severely Limited The Books And Fresh Food That Can Be Sent To Inmates

A new program piloted this year in some New York prisons is requiring inmates' loved ones to purchase care package items from preselected vendors. **UPDATE:** New York Governor Andrew Cuomo has directed the state's Department of Corrections to "rescind its flawed pilot program."

 Mike Hayes • 4 months ago



### Trump Lashes Out At Tell-All Book And "Sloppy Steve" Bannon On Twitter

The president's tweet came after the White House said Breitbart should get rid of the former top Trump strategist.

Allegiance Has Sued The Principal



### Police Say Creepy YouTube Video Not Linked To Teen Who Disappeared In 2009



### "Imagine Being Surrounded By People Who Hate You And Want To See You Dead"



### Audio Reveals A Man Told Police "I Can't Breathe" While In A Squad Car — And Later Died



### Surreal Photos Of A House Nearly Getting Destroyed By A Giant Boulder



### Miami Heat Player Udonis Haslem's Wedding Story Is Strange And Beautiful



MANG0141



Mike Hayes • 4 months ago



## Murder Convictions Overturned, Two Men Are Immediately Seized By ICE

Prosecutors tossed the murder convictions of two men, Gabriel Solache and Arturo Reyes, who claim they were coerced by a disgraced Chicago police detective into confessing to crimes they didn't commit. But before they could be set free, immigration agents arrested them.

 Mike Hayes • 5 months ago



## New York Subway Bomb Suspect Said Trump "Failed To Protect" US On Facebook Before The Attack

Federal prosecutors in New York have charged Akayed Ullah with terrorism following the attack on the NYC subway.

 Mike Hayes • 5 months ago



## Media Organizations Support Journalist's Fight To Protect His Sources In Laquan McDonald Murder Trial

A group of 18 media companies argue that forcing the journalist who made the Laquan McDonald shooting video public to testify in court would violate the reporter's rights.

 Mike Hayes • 5 months ago



## The Feds Have Issued A Warrant For The Man Acquitted Of Kate Steinle's Murder

The DOJ says that Jose Ines Garcia Zarate violated the conditions of his supervised release by possessing a weapon.

 Mike Hayes • 5 months ago



## Florida 15-Year-Old Stopped At Canadian Border After Grandma Found In Backyard Grave

Logan Mott was on the run for at least two days before he was stopped trying to leave the US on Friday night.

 Mike Hayes • 6 months ago

Super Fun World Goth Day Playlist



Everything We Know About Jerad And Amanda Miller, The Las Vegas Couple Who Went On A Shooting Rampage



6 GIFs Of Kate Middleton Playing Ping Pong At The Olympics



High School Student Who Was Brutally Sodomized With Pool Cue During Hazing Assault Files Lawsuit

 City of East Liverpool, Ohio added 4 new photos.
19 hrs • 

Warning Graphic Content!
The city Police department recently responded to a call of an incapacitated driver, attached are photos from the scene along with the actual police report. The city administration works hand in hand with our men in blue to combat this epidemic and together with the law director we have made the decision to release the attached.

Ohio Police Share Graphic Photos Of Couple Overdosing On Drugs With 4-Year-Old Child In The Car



The Obamas Successfully Beat A Live Action Escape Game On Vacation

MANG0142

BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes



## A Church Youth Pastor Has Been Charged With Murdering Three People On Thanksgiving

The 58-year-old Virginia man is charged with fatally shooting his wife and two others on Thanksgiving Day at their home.

 Mike Hayes • 6 months ago



## Exonerated Man Who Mike Pence Wouldn't Pardon Sues Police Over Wrongful Conviction

A 50-year-old Indiana man who spent 10 years in prison for a crime he didn't commit has sued, claiming that police framed him. Earlier this year, Keith Cooper, whom Mike Pence declined to exonerate while he was governor, became the first person in Indiana history pardoned for innocence.

 Mike Hayes • 6 months ago



## New York City Bomber Convicted Of Terrorism Charges In Federal Court

Ahmad Khan Rahimi was found guilty by a jury on all counts in Manhattan federal court Monday. He faces a sentence of life in prison.

 Mike Hayes • 7 months ago



## NFL Commissioner Says "Everyone Should Stand" For National Anthem

"We need to move past this controversy, and we want to do that together with our players," NFL Commissioner Roger Goodell said in a letter to team owners.

 Mike Hayes • 7 months ago



EXPELLED OVER PLEDGE, LAWSUIT FILE
WINDFERN HIGH SCHOOL, CY-FAIR ISD

## A High School Student Suspended For Not Standing During Pledge Of Allegiance Has Sued The Principal

India Landry, 17, chose to sit during the pledge 200 times prior to being sent home, according to the lawsuit.

 Mike Hayes • 7 months ago

MANG0143



🔒 BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes



### "Imagine Being Surrounded By People Who Hate You And Want To See You Dead"

College campuses haven't been immune to a surge of hate speech and violence over the past year. BuzzFeed News found 154 incidents at more than 120 campuses nationwide.

 Mike Hayes • 8 months ago



### This Nurse Was Arrested For Refusing To Let Police Draw Blood From An Unconscious Man

Nurse Alex Wubbels was not criminally charged in the incident.

 Mary Ann Georgantopoulos • 8 months ago



### A Houston Police Officer Drowned While Driving To Work During Storm Harvey

Houston's police chief confirmed that the 60-year-old officer died on Sunday after he became trapped by floodwaters.

 Mike Hayes • 8 months ago



### Police Around The US Are Bracing For Newly Emboldened White Supremacists

Some white supremacists called the deadly Charlottesville rally a success, and are gearing up to hold more rallies. Police say they're preparing for them.

 Mike Hayes • 9 months ago



### Alt-Right Organizers Vow To Hold Boston Rally Despite Speakers Dropping Out After Charlottesville

Boston Mayor Marty Walsh also told organizers, "Boston does not welcome you here. Boston does not want you here. Boston rejects your message."

 Mike Hayes • 9 months ago



### Man Charged With Trying To Blow Up Oklahoma City Building

Jerry Drake Varnell, 23, allegedly told undercover FBI

MANG0144



## Man Charged With Trying To Blow Up Oklahoma City Building

Jerry Drake Varnell, 23, allegedly told undercover FBI agents he wanted to carry out an attack like the 1995 Oklahoma City bombing by Timothy McVeigh.

 Mike Hayes • 9 months ago



## CNN Has Fired A Pro-Trump Commentator Who Tweeted A Nazi Salute At A Liberal Activist

Jeffrey Lord was let go just hours after he tweeted "Sieg Heil!"

 Mike Hayes • 9 months ago



## Police Officer Won't Face Charges For Fatally Shooting Motorcyclist Terrence Sterling

There is "insufficient evidence" to charge officer who shot and killed Terrence Sterling, federal investigators concluded.

 Mike Hayes • 9 months ago



## Trump Heaped Praise On Kelly At Gang Speech Just Before Chief Of Staff Announcement

Calling his chief of homeland security "one of our great stars" at an event to highlight his crackdown on gangs and illegal immigration turned out to be a prophetic moment prior to naming his White House chief of staff.

 Mike Hayes • 10 months ago



## This Shocking Video Appears To Show Baltimore Police Planting Drugs At A Crime Scene

The defendant charged in the case involving the drugs shown in the video was scheduled to go to trial this week. The case has been dropped.

 Mike Hayes • 10 months ago

MANG0145



🔒 BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes



### MS-13 Gang Members Have Been Charged With The Murders Of Young Men On Long Island

The new charges are part of a long-running investigation into the MS-13 gang by local police and the FBI.

 Mike Hayes • 10 months ago



### Sessions Calls For Old-School Drug Prevention From The '80s And '90s To Help Battle Opioid Crisis

Attorney General Jeff Sessions said drug prevention messages "from the 1980s and 1990s" will work again to stem the opioid crisis.

 Mike Hayes • 10 months ago



### A Man Who Died After A Fight Might Have Been Targeted Because Of His Sexual Orientation

Police are investigating whether a 35-year-old man who died after a fight this week was targeted in a possible hate crime because of his sexual orientation.

 Mike Hayes • 10 months ago



### Kids Are Quoting Trump To Bully Their Classmates And Teachers Don't Know What To Do About It

BuzzFeed News reviewed more than 50 reports of school bullying since the election and found that kids nationwide are using Trump's words to taunt their classmates. If the president can say those things, why can't they?

 Albert Samaha • 11 months ago



### This Breitbart Writer Was Fired After She Posted An Anti-Muslim Tweet

On Saturday, Katie McHugh tweeted: "There would be no deadly terror attacks in the U.K. if Muslims didn't live there. #LondonBridge."

 Mike Hayes • 11 months ago

MANG0146



🎵 Mike Hayes (mikehayes) on Bu...

🔒 BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes



## Tillerson And Exxon Misled Investors On Climate Change, New York AG Says

In court filings Friday, New York Attorney General Eric Schneiderman claims that Exxon used a "sham" process to mislead its shareholders about the cost of green house gas emission regulations on the company while Secretary of State Rex Tillerson was CEO.

 Mike Hayes • 11 months ago



## Young Native American Is Run Down By Truck Driver In Possible Racially Motivated Attack

The truck driver was allegedly yelling racial slurs at a group of young people at a birthday party before running over two men, killing one. A 31-year-old suspect was arrested Tuesday.

 Mike Hayes • 12 months ago



## Cleveland Cop Who Shot And Killed Tamir Rice Has Been Fired For Lying On His Job Application

More than two years after the deadly encounter with a 12-year-old playing with a pellet gun, Cleveland police officer Timothy Loehmann's employment has been terminated.

 Mike Hayes • 12 months ago



## These Senators Just Introduced A Bill To Combat The Military's Naked Photo Scandal

The legislation comes in response to a military online photo-sharing scandal currently under investigation by the Department of Defense.

 Mike Hayes • One year ago



## Department Of Justice Lawyers Fear Trump Will Scrap All Their Work To Overhaul The Chicago Police

Attorneys at the DOJ — amid low morale — are continuing to work on finalizing a federal consent decree, even though it's unclear if the Trump administration will follow through

MANG0147





to work on finalizing a federal consent decree, even though it's unclear if the Trump administration will follow through with it.

 Mike Hayes • One year ago



## The ACLU Wants The Documents From This Meeting With Trump Made Public

The request comes in a voting rights case in Kris Kobach's home state of Kansas and could reveal the Trump ally's strategy for altering federal voting laws.

 Mike Hayes • One year ago



## Anthony Weiner Has Pleaded Guilty In A Teen Sexting Case And Faces Jail Time

The disgraced former congressman has agreed to serve jail time for sending lewd messages to a 15-year-old girl.

 David Mack • One year ago



## Republicans And Democrats Are Blasting The "Dumb On Crime" Sessions Order For Tougher Sentencing

Former federal prosecutors are also speaking out against a new order from Attorney General Jeff Sessions to pursue the most serious sentence possible against those suspected of crimes, calling it a return to the failed "War On Drugs."

 Mike Hayes • One year ago



## Trump Is Launching A Commission To Investigate Widespread Voter Fraud Even Though There's No Evidence It Exists

Trump, who claimed with no evidence that voter fraud led to Hillary Clinton receiving more votes in the popular vote in the 2016 presidential election, is making a good on his promise to probe election practices.

 Mike Hayes • One year ago



## The People Suing This Neo-Nazi Blogger Can't Find Him

The attorneys for a Jewish woman suing *Daily Stormer*

MANG0148





### The People Suing This Neo-Nazi Blogger Can't Find Him

The attorneys for a Jewish woman suing *Daily Stormer* publisher Andrew Anglin are yet to serve the white supremacist with legal papers. But it's clear that he knows about the case — because he's raising money for his legal defense.

 Mike Hayes • One year ago



### The Trump Administration Is Moving Forward With An Obama-Era Law Targeting Human Rights Abusers

The State Dept. will hold a meeting this week with human rights groups to discuss implementation of a law that targets foreign individuals who commit human rights atrocities around the globe.

 Mike Hayes • One year ago



### Vegans On YouTube Love Drama. But This Woman Says It's Gone Too Far.

"Vegan Cheetah" claimed on his channel, which is rife with gossip, that a woman tried to have sex with him over Skype. She said it never happened — and confronted him on his vlog about proving it.

 Mike Hayes • One year ago



### This Chicago Man Was Sentenced To Life On A Faulty Arson Conviction — Now He's Getting Out

Adam Gray was convicted of arson and murder and sentenced to life in prison after police used bad fire science. Now, more than 24 years later, the charges are being dropped and he's being freed.

 Mike Hayes • One year ago



### Former NYPD Cops Accepted Strippers, Cash Bribes, And Prostitutes For Gun Licenses

A public corruption case against former NYPD officers in charge of issuing firearms licenses was announced Tuesday by Manhattan federal prosecutors.

MANG0149



Mike Hayes (mikehayes) on Bu...

🔒 BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes



### Former NYPD Cops Accepted Strippers, Cash Bribes, And Prostitutes For Gun Licenses

A public corruption case against former NYPD officers in charge of issuing firearms licenses was announced Tuesday by Manhattan federal prosecutors.

 Mike Hayes • One year ago



### The Israeli-American Teen Suspected Over Jewish Bomb Threats Has Been Charged In The US

Michael Kadar, 18, was arrested last month in Israeli in connection with a rash of recent bomb threats worldwide, included many to Jewish centers and organizations.

 Mike Hayes • One year ago



### The Justice Department Sent A Letter Threatening To Pull Funding From "Sanctuary Cities"

The Trump administration is trying to make good on a promise to punish cities that it believes are harboring illegal immigrants. Despite the tough talk, the cities targeted will likely continue to resist Trump's demands.

 Mike Hayes • One year ago



### Massachusetts Just Dismissed More Than 21,000 Drug Cases Connected To Massive Lab Scandal

It is believed to be the largest single dismissal of wrongful convictions in US history.

 Mike Hayes • One year ago



### Husband Of New York Judge Calls Speculation About Her Death "Unwarranted And Irresponsible"

The husband of the first female black judge on New York's highest court, whose body was found in the Hudson River last week, is pushing back against the narrative that she killed herself.

 Mike Hayes • One year ago

MANG0150

🔖 Mike Hayes (mikehayes) on Bu ×

⬤ BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes ☆



## The First Amendment Gave This Neo-Nazi The Right To Be Vile — But Then He Went Too Far

The man behind the internet's most popular neo-Nazi website, the *Daily Stormer*, is being sued for waging a harassment campaign against a Jewish woman in Montana. Legal experts believe he'll have a hard time defending his actions.

 Mike Hayes • One year ago



## 「犯人を許します」と家族は涙 Facebookに殺人ビデオが流れる

閲覧注意：この記事は暴力的な画像を含みます。

 BF Japan News • One year ago



## The Man Who Fatally Shot Someone In A Facebook Video Has Killed Himself

Steve Stephens was found dead in Erie, Pennsylvania.

 Mike Hayes • One year ago



## Jewish Woman Sues Nazi Blogger Over Online Harassment, Death Threats

A woman in Montana who became the target of a self-proclaimed Nazi blogger is suing him after receiving scores of threats directed at her and her family.

 Mike Hayes • One year ago



## Facebook Says "We Know We Need To Do Better" After Man Killed On Video

Facebook issued a timeline Monday detailing how the events surrounding the death of Robert Godwin unfolded online.

 Mike Hayes • One year ago



## Police Are Searching For A Man Who Killed Someone In A Facebook Video

The suspect, Steve Stephens, claimed he had killed multiple people while driving around Cleveland, though police said they could verify one victim. Warning: This post includes

MANG0151



### Police Are Searching For A Man Who Killed Someone In A Facebook Video

The suspect, Steve Stephens, claimed he had killed multiple people while driving around Cleveland, though police said they could verify one victim. Warning: This post includes violent images.

 Claudia Koerner • One year ago



### While Police Investigate The Death Of A Judge, The Media Is Struggling To Determine Her Faith

Initial reports that took off on social media described Sheila Abdus-Salaam as Muslim — but that is likely not the case.

 Mike Hayes • One year ago



### The Life And Tragic Death Of The First Black Female Judge On New York's Highest Court

Judge Sheila Abdus-Salaam, the first black female judge on New York's highest court, was found dead Wednesday. Her friends and former colleagues remember her as a titan of the bench.

 Mike Hayes • One year ago



### Couple Was Allegedly Inspired By "Manchester By The Sea" To Kill Adopted Son

An upstate New York couple has been charged with killing their son and trying to hide his body by burning it. The prosecutor alleges they were inspired by the film *Manchester By The Sea*.

 Mike Hayes • One year ago



### New York City To Pay HIV-Positive Man Denied Job With NYPD $50,000

Raymond Parker says he was unfairly denied a job as an NYPD 911 operator based on his HIV-positive status.

 Mike Hayes • One year ago

MANG0152



BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes



### Disgraced Journalist Pleads Not Guilty To Cyberstalking In Connection With Jewish Bomb Threats

Juan M. Thompson appeared in a New York City federal court Monday to face charges of cyberstalking related to several bomb threats made against Jewish organizations since the beginning of 2017.

 Mike Hayes • One year ago



### Fired US Attorney Preet Bharara Pokes Fun At Trump In Front Of Sold-Out Crowd

"Look, that's the information I was given," the former US attorney in Manhattan said during his first speech since being fired by the president.

 Mike Hayes • One year ago



### Former DOJ Staffers Are Slamming The Trump Administration's Rollback On Police Reforms

Attorney General Jeff Sessions has announced the Justice Department will review all Obama-era police reform efforts — a move that's prompted outcry from those who worked for change.

 Mike Hayes • One year ago



### Trump's Attorney General Is Pulling Back On Obama-Era Police Oversight

Attorney General Jeff Sessions orders deputies to re-examine federal agreements with troubled local law enforcement agencies.

 Brianna Sacks • One year ago



### Another Fox News Contributor Just Sued Roger Ailes For Sexual Harassment

Julie Roginsky is the latest Fox News contributor to accuse the former chairman of the company of sexual harassment. She also claims that current Fox executives attempted to get her to defend Ailes against similar allegations.

 Mike Hayes • One year ago

MANG0153

BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes



## White House Won't Comment On Report That Trump Officials Helped Give Nunes Intel Reports

White House Press Secretary Sean Spicer refused to comment on a *New York Times* report on Thursday claiming that two Trump administration officials assisted House Intelligence Committee Chairman Devin Nunes in getting classified information.

 Mike Hayes • One year ago



## Russia Is Not Cooperating With US Probe Of Massive Money Laundering Scheme, DOJ Says

A key witness in the case nearly died after he fell four stories from a Moscow building last week. Now, the DOJ is accusing the Russian federation of failing to cooperate in its investigation.

 Mike Hayes • One year ago



## An American-Israeli Teen Was Arrested In Connection With Several Bomb Threats To Jewish Centers

A 19-year-old in Israel is suspected in many of the threats to Jewish centers and schools around the US, according to Jerusalem police.

 Mike Hayes • One year ago



## Racist Vandalism In Oregon Is Pulling Residents Into A Free Speech Fight

Oregon's constitution banned black residents until 1926. A century later, swastikas and other racist vandalism are on the rise statewide, but police are struggling with a surprisingly complicated question: What makes a hate crime?

 Albert Samaha • One year ago



## ExxonMobil Says A Year's Worth Of Rex Tillerson's Alias Emails In Climate Change Case Were Lost

A judge is giving Exxon until the end of the month to explain

MANG0154



### ExxonMobil Says A Year's Worth Of Rex Tillerson's Alias Emails In Climate Change Case Were Lost

A judge is giving Exxon until the end of the month to explain what happened.

 Mike Hayes • One year ago



### A Russian Lawyer Involved In A US Prosecution Mysteriously Plunged From His Apartment Window

The case, *USA v. Prevezon*, was being spearheaded by now-fired US Attorney Preet Bharara.

 Mike Hayes • One year ago



### Exxon Cannot Say Whether It Deleted Emails From Rex Tillerson's Email Alias

An investigation into the company's climate change actions revealed that Tillerson used a second email alias, under the name "Wayne Tracker," while CEO of the company.

 Mike Hayes • One year ago



### Man Who Allegedly Tweeted Seizure-Inducing Strobe GIF At Journalist Charged With Hate Crime

*Newsweek* writer Kurt Eichenwald reported the seizure-inducing @-reply to authorities late last year.

 Mike Hayes • One year ago



### Two People Have Been Charged After A Cyberbullied Teen Killed Herself In Front Of Her Family

Brandy Vela's ex-boyfriend and his current girlfriend have been arrested and charged in connection with the 18-year-old's suicide last year.

 Mike Hayes • One year ago



### Rex Tillerson Allegedly Used An Alias Email To Discuss Climate Change While At Exxon

MANG0155



🔍 Mike Hayes (mikehayes) on Bu...

🔒 BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes





## Rex Tillerson Allegedly Used An Alias Email To Discuss Climate Change While At Exxon

The New York Attorney General's Office is investigating whether ExxonMobil made "significant misrepresentations" about the risks posed by climate change to its shareholders.

 Mike Hayes • One year ago



## A Sixth Wave Of Bomb Threats Has Hit Jewish Centers Around The United States

Phoned-in or emailed threats have been received at Jewish organizations in at least nine states and Washington, DC.

 Mike Hayes • One year ago



## Kansas Bar Shooting Suspect Allegedly Asked Victims If Their "Status Was Legal"

Adam Purinton, who is charged with murder and attempted murder, is also under investigation for possible hate crime charges after killing one and wounding two others at bar.

 Mike Hayes • One year ago



## Many Of The Bomb Threats Called To Jewish Centers Came From Real People, Not Robo-Calls

The federal investigation into the latest wave of bomb threats targeting Jewish centers and schools around the country is believed to have been a coordinated attack.

 Mike Hayes • One year ago



## Federal Cybercrime Officials Are Investigating Jewish Center Threats And If A "Troll" Is Involved

The FBI is exploring multiple angles, BuzzFeed News has learned, including the possibility that an online troll is involved in the latest wave of bomb threats to Jewish centers and schools this week.

 Mike Hayes • One year ago



## Bomb Threats To Jewish Centers Were

MANG0156

🧭 Mike Hayes (mikehayes) on Bu... ×

🔒 BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes



### Bomb Threats To Jewish Centers Were Made Using "Spoofing" And Voice-Masking Technology

Investigators believe the perpetrators responsible for the latest wave of bomb threats targeting Jewish centers and schools around the US used sophisticated technology to shield their identity.

 Mike Hayes • One year ago



### Trump Condemned Bomb Threats And The "Shooting In Kansas City" During His Big Speech

"Recent threats targeting Jewish Community Centers and vandalism of Jewish cemeteries, as well as last week's shooting in Kansas City, remind us that while we may be a Nation divided on policies, we are a country that stands united in condemning hate and evil in all its forms," Trump said.

 Mike Hayes • One year ago



### 911 Audio Reveals Kansas Bar Shooter Believed He Killed Two Iranians

A bartender at an Applebee's restaurant in Missouri placed the call that led police to the suspect in a triple shooting at a Kansas bar.

 Mike Hayes • One year ago



### Wave Of Bomb Threats Against Jewish Centers Soars To 100 This Year

"The level of threats and incidents is astounding, and must not stand," Anti-Defamation League CEO Jonathan A. Greenblatt said.

 Mike Hayes • One year ago



### Meet Ian Grillot, The Hero Of The Kansas Bar Shooting

After a 51-year-old white man fired shots at two Indian men, killing one, 24-year-old Ian Grillot fought back. Hear him describe the harrowing incident from his hospital bed.

 Mike Hayes • One year ago

MANG0157



### Attorney General Reverses Obama-Era Plan To Limit Use Of Private Prisons

Jeff Sessions wrote in a memo that an Obama-era plan to scale back the use of federally funded private prisons had impaired the government's ability to "meet the future needs of the federal correctional system."

 Mike Hayes • One year ago



### "Down The Hill": A Teen Girl Killed In Indiana Captured Cell Phone Audio Of The Suspect

One of the teen girls killed after disappearing during a hike in Indiana recorded cell phone audio of a suspect saying "down the hill," according to investigators in the case. Hear the audio police are hoping cracks the case.

 Mike Hayes • One year ago



### Milwaukee Police Performed Thousands Of Illegal Stop-And-Frisks, New Lawsuit Claims

The ACLU is suing the City of Milwaukee and the Milwaukee Police for allegedly targeting and profiling minorities with unjustified stops for the last decade.

 Mike Hayes • One year ago



### Kalief Browder's Family Was About To Settle His Lawsuit — Now Everything Is On Hold

The older brother of Kalief Browder, the New York City man who killed himself after being held for three years at Rikers Island without being charged with a crime, spoke to BuzzFeed News about the long struggle to get their family justice.

 Mike Hayes • One year ago



### Watch Trump Ask A Black Reporter If She Is Friends With The Congressional Black Caucus And Wants To "Set Up A Meeting"

"Let's go, set up a meeting."

 Mike Hayes • One year ago

MANG0158



Mike Hayes (mikehayes) on Bu...

🔒 BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes



## And Now A Timeline Of White House Officials' Many Contradictions On The Mike Flynn Scandal

Hang on tight.

 Mike Hayes • One year ago



## トランプ大統領の北朝鮮対応に批判　一般人が見たのはこれだけではなかった

「マー・ア・ラゴ」の会員たちがなぜ、国家の重大事を目撃することができたのか。

 BF Japan News • One year ago



## This Mar-A-Lago Member Had A Great Time Photographing Trump Handling A National Security Crisis

This Trump supporter says he was at the "center of the action" as Trump dealt with the news that North Korea had just fired a missile in the direction of Japan.

 Mike Hayes • One year ago

## This Deputy Sheriff Says He Might Support Decriminalizing Domestic Abuse "For Second Offenses"

The Facebook comments by an Oklahoma deputy sheriff came in response to Russia passing a new law decriminalizing domestic violence cases where "substantial bodily harm" does not occur.

 Mike Hayes • One year ago



## Trump Wants To Find New Ways To Punish Violence Against Law Enforcement Officers

Trump called for the federal government to come up with "new crimes" related to violence against police in one of three executive orders issued Thursday on crime.

 Mike Hayes • One year ago



## Indiana's New Governor Pardoned A



MANG0159



### Indiana's New Governor Pardoned A Wrongfully Convicted Man After Mike Pence Delayed It For Years

The Indiana parole board unanimously recommended that then-Gov. Mike Pence pardon Keith Cooper, but he failed to act. Now, the new Indiana governor has made Cooper the first man in the state's history to be pardoned based on a claim of innocence.

 Mike Hayes • One year ago



### Mike Pence Is Allowed To Keep An Email Secret — For Now

Pence has been sued to turn over an email related to a Texas immigration lawsuit he later hired private attorneys to help fight. An appeals court ruled in Pence's favor, but the case has been appealed to a higher court.

 Mike Hayes • One year ago



### Trump Just Said The National Murder Rate Is At Its Highest Point In Years — That Is False

Trump said Tuesday that the murder rate is seeing its highest numbers in "45 to 47 years." False.

 Mike Hayes • One year ago



### Turns Out Kellyanne Conway Brought Up That Nonexistent "Bowling Green Massacre" Several Times

The White House senior adviser referenced a terror attack that never happened in at least three interviews.

 Mike Hayes • One year ago



### Billionaire Drug Lord El Chapo Gets To Keep His Public Defenders — For Now

A judge said Friday that if Joaquín "El Chapo" Guzmán continues to want court-appointed counsel to represent him, he'll have to prove he can't afford to pay for his own.

 Mike Hayes • One year ago

MANG0160



## El Chapo's Attorneys Say They Are Facing Unusually Restricted Access To The Drug Lord

Lawyers for Joaquin "El Chapo" Guzmán say that they need more access to the notorious drug lord to prepare their case.

 Mike Hayes • One year ago



## Texas Governor Cuts More Than $1 Million In Funds For "Sanctuary" County

The decision to withhold the grant money is the first time a governor has done so since President Trump announced he would cut federal funds to any city or county who did not follow ICE's deportation efforts.

 Mike Hayes • One year ago



## Judge Who Sentenced A Convicted Child Rapist To Ten Years Told To Impose A Longer Sentence

In 2015, Judge M. Marc Kelly in California ruled that Kevin Jonas Rojano-Nieto deserved a lighter sentence because he didn't "seek out" the 3-year-old victim. Now a higher court has ordered him to sentence him to at least 25 years.

 Stephanie McNeal • 3 years ago



## Here's What We Know About The Suspect In The Quebec Mosque Attack

Alexandre Bissonnette, 27, is suspected of killing six people and injuring eight others inside a Quebec City mosque.

 Mike Hayes • One year ago



## Donald Trump Just Lied About The Murder Rate Rising In Philadelphia

The homicide rate in Philadelphia has been steadily declining over the past decade.

 Mike Hayes • One year ago



## Six People Were Shot At A Memorial For A Shooting Victim

MANG0161




Mike Hayes (mikehayes) on Bu...

BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes



## Six People Were Shot At A Memorial For A Shooting Victim

Witnesses and Chicago police say the victims were ambushed during a memorial for a 20-year-old woman who was killed earlier this month.

 Mike Hayes • One year ago



## President Trump Wants To "Send In The Feds" To Stop Shootings In Chicago

Trump's homicide numbers don't match with the Chicago Police Department's.

 Mike Hayes • One year ago



## Mexican Drug Lord Joaquín "El Chapo" Guzmán Pleads Not Guilty

The world's most notorious drug trafficker was arraigned on Friday in Brooklyn federal court, one day after his extradition to the US from Mexico.

 Mike Hayes • One year ago



## Wife Of Orlando Nightclub Shooter Arrested, Charged With Obstruction

Noor Salman is facing charges of obstructing the police investigation and providing material support to her husband, Omar Mateen.

 David Mack • One year ago



## Jury Sentences White Supremacist Dylann Roof To Death For The Charleston Church Massacre

Roof was convicted of 33 charges, including 9 murders and 12 hate crime violations, in connection with the June 17, 2015, shooting inside Charleston's Emanuel AME church.

 Mike Hayes • One year ago



## Dylann Roof Is Complaining About Hearing From Too Many Of His Victims' Anguished Family Members

The gunman murdered nine black members of a Charleston

MANG0162



BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes



## Dylann Roof Is Complaining About Hearing From Too Many Of His Victims' Anguished Family Members

The gunman murdered nine black members of a Charleston church and is is representing himself in his death penalty trial.

 Mike Hayes • One year ago



## Charleston Church Shooting Widow Describes Harrowing Moments Of Survival

Jennifer Pinckney was inside the church when convicted gunman Dylann Roof opened fire, killing 9 people. She testified Wednesday in the trial's penalty phase.

 Mike Hayes • One year ago



## Charleston Church Shooter Says He's Not Mentally Ill

Dylann Roof was convicted last month on all 33 counts against him and faces either life in prison without parole or the death penalty.

 Mike Hayes • One year ago



## Dylann Roof Says He Won't Call Witnesses Or Present Evidence To Save His Life

The convicted Charleston church shooter says he still plans on representing himself during the sentencing phase of his trial.

 Mike Hayes • One year ago



## Popular Instagram Sisters Arrested For Attempting To Extort A Nigerian Billionaire

The Matharoo sisters are charged with attempting to blackmail a Nigerian billionaire, threatening to expose alleged evidence that he had cheated on his wife.

 Mike Hayes • One year ago



## Russians Say "Technical Malfunction" Likely Caused Plane Crash That Killed 92

The plane was taking the well-known Alexandrov military

MANG0163

Mike Hayes (mikehayes) on Bu...

BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes



## Russians Say "Technical Malfunction" Likely Caused Plane Crash That Killed 92

The plane was taking the well-known Alexandrov military choir to a concert at a Russian air base in Syria when it crashed into the Black Sea, killing 92 people.

 Mike Hayes • One year ago



## The Obamas Successfully Beat A Live Action Escape Game On Vacation

Sounds like Malia was the MVP and they broke out with 12 seconds to spare.

 Mike Hayes • One year ago



## KKK Documentary Canceled After Network Learned Producers Paid Klan Members

A&E is scrapping its eight-part documentary after learning that producers paid members of the hate group for access.

 Mike Hayes • One year ago



## An Officer Threw A Black Mother On The Ground And Arrested Her After She Called Police For Help

The video of a woman and her daughter being arrested after they called police to report an alleged assault of a 7-year-old has gone viral. Fort Worth police say they're investigating.

 Mike Hayes • One year ago



## Obama Ends Registry Program That Targets Muslims Before Trump Takes Office

Trump and his advisors had signaled that they might consider reinstating the national tracking program once he took office.

 Mike Hayes • One year ago



## New York Official Allegedly Bribed With Prostitutes, Drugs, Paul McCartney Tickets In Multi-Billion Dollar Scheme

MANG0164

Mike Hayes (mikehayes) on Bu...

🔒 BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes



### New York Official Allegedly Bribed With Prostitutes, Drugs, Paul McCartney Tickets In Multi-Billion Dollar Scheme

A former retirement fund manager and two brokers were charged in federal court for allegedly taking part in a bribery scheme that prosecutors say made them millions.

 Mike Hayes • One year ago



### Here's The Warrant The FBI Used In The Clinton Email Investigation

The warrant gives a closer look at the FBI's rationale for reopening the investigation into Hillary Clinton's emails days before the 2016 presidential election.

 Mike Hayes • One year ago



### Former High School Football Player Gets Probation For Coat Hanger Assault

The 19-year-old received a sentence of three years probation and 300 hours of community service after pleading guilty to one count of felony injury of a child.

 Mike Hayes • One year ago



### Dylann Roof Found Guilty In Charleston Church Massacre

The white supremacist who shot and killed nine people at Emanuel AME Church was convicted Thursday. The jury will now decide whether he should get the death penalty.

 Mike Hayes • One year ago



### Family Of Cyberbullied Teen Who Killed Herself Says Online Harassment Won't Stop

Weeks after Brandy Vela's death, her family says they continue to see an onslaught of abusive posts about the 18-year-old on fake Facebook accounts.

 Mike Hayes • One year ago



### Charleston Church Shooting Survivor Bravely Called 911 While Dylann Roof Was

MANG0165



### Charleston Church Shooting Survivor Bravely Called 911 While Dylann Roof Was Still Inside

An Emanuel AME shooting survivor was the last witness to testify at the death penalty trial for white supremacist Dylann Roof. Hear the complete 911 call [**WARNING: disturbing content**].

 Mike Hayes • One year ago



### Charleston Church Shooter Had A List Of Other Churches In His Car

The trial of Dylann Roof, a white supremacist who shot and killed nine people at Emanuel AME Church, continued Monday with testimony on what was found in his car after he was arrested.

 Mike Hayes • One year ago



### Charleston Church Shooter Refuses To Look At Grisly Photos Of His Victims

"I have seen these images...it may be very upsetting," the judge told family members. "There's no shame in stepping out for this."

 Mike Hayes • One year ago



### Judge Refuses To Declare Mistrial After Witness Says Charleston Church Shooter Belongs In Hell

"He is evil. There is no place on Earth for him except the pit of hell," one witness who watched her son die in the massacre testified.

 Mike Hayes • One year ago



### Charleston Church Massacre Trial Starts: "I Watched My Son Die"

Dylann Roof, an avowed white supremacist, gunned down nine black parishioners at a historic black church in Charleston, South Carolina, prosecutors say.

 Mike Hayes • One year ago

MANG0166



## Teen Kills Herself In Front Of Family After Relentless Cyberbullying

Brandy Vela, 18, shot and killed herself after a year of online harassment, her family says. Police are investigating the case as a possible cyberbullying crime.

 Mike Hayes • One year ago



## First Person Convicted Of "Revenge Porn" In Oregon Gets Jail Sentence

A 31-year-old Oregon man is going to jail for six months after he published sexual videos of an ex online. He's the first person in the state convicted and sentenced for "revenge porn."

 Mike Hayes • One year ago



## Teen Who Killed Allegedly Abusive Father Will Avoid Potential Life Sentence

The 15-year-old girl who shot and killed her father will be tried in juvenile court, avoiding the prospect of a life sentence.

 Mike Hayes • One year ago



## Judge: Dylann Roof's Decision To Represent Himself Is "Foolhardy" But Legal

Roof, who is accused of killing nine people at a historic black church in South Carolina, is acting as his own attorney.

 Mike Hayes • One year ago



## Corrupt Law Enforcement Sold Information To Silk Road Mastermind, Lawyers Say

Someone allegedly charged the black market website boss's, Ross Ulbricht, for information on the investigation against him.

 Mike Hayes • One year ago



## No, Dylann Roof's Decision To Represent Himself Will Not Help Him Appeal The Verdict

MANG0167

● ● ●    🧭  Mike Hayes (mikehayes) on Bu...    ×

←  →  ⟳  ⌂    🔒 BuzzFeed, Inc [US]  |  https://www.buzzfeed.com/mikehayes    ☆    ⋮



## No, Dylann Roof's Decision To Represent Himself Will Not Help Him Appeal The Verdict

If Roof's decision to act as his own counsel is a tactical way to set himself up to appeal the case, experts say it won't work.

 Mike Hayes • One year ago



## Dylann Roof Allowed To Represent Himself In Charleston Church Shooting Trial

Roof, who is accused of killing nine people inside a historic black South Carolina church, will act as his own attorney.

 Mike Hayes • One year ago



## Dylann Roof Is Mentally Competent To Stand Trial, Judge Says

Roof, who is accused of killing nine people inside a historically black South Carolina church, is facing a federal death penalty trial.

 Mike Hayes • One year ago



## Homeland Security Denies Reports That It Shut Down A Border Patrol Operation Before Trump Takes Office

Texas politicians and agents at the border claim an aerial surveillance program has been shut down. But DHS says those claims are not accurate.

 Mike Hayes • One year ago



## Muslims Are Outraged Over Trump's Cabinet Picks

Here are some of the reactions from Muslims to Trump's latest round of selections for his cabinet.

 Mike Hayes • One year ago



## Attorney General Lynch Alarmed By Sharp Rise In Hate Crimes

Attorney General Loretta Lynch posted a video to address

MANG0168



🌐 BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes



## Attorney General Lynch Alarmed By Sharp Rise In Hate Crimes

Attorney General Loretta Lynch posted a video to address the recent increase in reported hate crimes around America.

 Mike Hayes • One year ago



## Suspect Confesses To Hiding Body Of Partygoer Who Police Found Stabbed To Death

Two men have been charged in the case of the brutal killing of 26-year-old Joey Comunale.

 Mike Hayes • One year ago



## Baby Born In Jail Dies After Staff Ignored Labor, Mother Says

A woman said her baby was born inside the Milwaukee County Jail but died after corrections officers failed to provide proper medical attention for hours.

 Mike Hayes • One year ago



## Former Homeland Security Staffer Says Muslim Registry Is "Easy" To Reinstate But "Ineffective"

Donald Trump's reported advisers are suggesting that he bring back a national registry that was started after 9/11 and discontinued in 2011.

 Mike Hayes • One year ago



## Rudy Giuliani's Onetime Rivals Have New Worries Over His Civil Liberties Record

The former New York city mayor has been reported to be the frontrunner for secretary of state or attorney general in the Trump administration.

 Mike Hayes • One year ago



## Mike Pence Is Fighting In Court To Keep An Email Secret

MANG0169

  Mike Hayes (mikehayes) on Bu...    

🔒 BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes



### Mike Pence Is Fighting In Court To Keep An Email Secret

The vice president-elect regularly called for the release of Hillary Clinton's email during the campaign.

 Mike Hayes • One year ago



### Video Shows Man Beaten, Car Stolen While Witnesses Hurl Anti-Trump Rhetoric

The victim says the fight started because of a minor car accident, not because of Donald Trump.

 Mike Hayes • One year ago



### Middle Schoolers Chant "Build The Wall" In Cafeteria Day After Trump Elected

The school says parents have expressed concern for student safety after the incident.

 Mike Hayes • One year ago



### No, This Tweet Does Not Show The KKK Celebrating Donald Trump's Presidential Victory

A tweet went viral the day after the 2016 presidential election claiming to show Klansmen marching in North Carolina, but it wasn't them.

 Mike Hayes • One year ago



### No, There Aren't Voting Machine Problems Across The "Entire Country" As Trump Claims

"Utah officials reported machine problems across one entire COUNTY, not the entire COUNTRY."

 Ema O'Connor • One year ago



### Florida Election Day Workers Fired For Interfering At The Polls

Two clerks in Broward County were fired and two poll watchers were asked to leave a polling site after an incident.

MANG0170



### Prosecutors and Defense Lawyers Want A New Trial For This Man — But A Judge Rejected It

Adam Gray was sentenced to life in prison for an arson that killed two people in 1993. But, as BuzzFeed News reported, the fire science used to convict him has since been debunked.

 Mike Hayes • One year ago



### Disturbing Amazon Reviews May Have Been Posted By Suspected Serial Killer

Investigators are looking into Amazon reviews linked to an account possibly belonging to the man suspected of kidnapping a woman, and killing her boyfriend and others in South Carolina.

 Mike Hayes • One year ago



### This Mom Is Facing Jail Time For Selling Her Ceviche On Facebook

The California woman was the target of an undercover sting operation aimed at cracking down on illegal food selling on Facebook.

 Mike Hayes • One year ago



### Florida Teen Accused Of Beating Grandma To Death After She Hid His Beer

Dylan Broughman is charged with murder in the death of his 69-year-old grandmother, Joyce Ann Courson.

 Mike Hayes • One year ago



### NYPD Sergeant Killed In Shootout After Man Broke Into His Estranged Wife's Apartment

Another sergeant was injured. Police fatally shot the suspect.

 Mary Ann Georgantopoulos • One year ago



### Facebook Shares New Evidence In Cold Case Of Murdered Teen

MANG0171



https://www.buzzfeed.com/mikehayes



## Facebook Shares New Evidence In Cold Case Of Murdered Teen

Investigators are hoping Facebook content posted by witnesses who saw Carina Saunders in the days before she died might lead to her killer.

 Mike Hayes • One year ago



## A Mom Texted Videos Of Her Dead Son's Body To His Dad In An Alleged Revenge Killing

Christian Clark is accused of killing her son and texting photos and videos of his lifeless body to his father. She believed he was cheating on her. WARNING: Readers may find some images and texts disturbing.

 Mike Hayes • One year ago



## Black Mississippi Church Burned And Vandalized With "Vote Trump" Graffiti

The fire, which was determined to be arson, is being investigated as a possible hate crime.

 Mike Hayes • One year ago



## Killing Of Saudi Student Near Wisconsin University Not A Hate Crime, Police Say

Witnesses said Hussain Saeed Alnahdi was attacked by a white male outside a pizza parlor near the University of Wisconsin-Stout campus.

 Mike Hayes • One year ago



## Video Raises Questions In Case Of "Body-Slammed" Student Whose Leg Was Amputated

A school district claims the 13-year-old was "up walking and not in distress" after he was allegedly thrown to the ground by a contract worker trying to restrain him. But new video shows the boy being carried by the man who allegedly tackled him.

 Mike Hayes • One year ago

Teacher Allegedly Kills Neighbors At

MANG0172





## Teacher Allegedly Kills Neighbors At Halloween Party, Goes To School Next Day

Police say they have not determined a motive in the brutal killing of two Texas roommates by a middle school science teacher.

 Mike Hayes • One year ago



## Indiana Governor Candidates Vow To Act On Pardon Stalled By Mike Pence

The three men seeking Mike Pence's job say they will resolve a pardon request "quickly" for a wrongfully convicted man who spent 10 years in prison.

 Mike Hayes • One year ago



## Marijuana Permitted As Evidence At Cop Shooting Murder Trial

A judge ruled that marijuana found in the car of Samuel Dubose can be used by Officer Ray Tensing's attorneys as evidence that Dubose was fleeing the scene at the time the cop fatally shot him.

 Mike Hayes • One year ago



## Secret Service Agents Protecting Candidates Aren't Getting Paid For All Their Work

Because of a federal salary cap, hundreds of federal agents won't be paid for months of overtime hours they worked during a historically demanding election year.

 Ruby Cramer • One year ago



## Oklahoma Fugitive Who Posted Facebook Videos Dies In Shootout With Police

"This is more intense than what I thought it was going to be," said Michael Vance, who is suspected of shooting two cops Sunday with an AK-47, in his Facebook Live video posted while on the run.

 Mike Hayes • One year ago



## Father Sentenced To 1,503 Years In Prison

MANG0173

BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes



### Father Sentenced To 1,503 Years In Prison For Raping His Daughter

It is the longest sentence handed down to an offender in Fresno County Superior Court history.

 Mike Hayes • One year ago



### Many Trump Supporters Say They Won't Monitor Polls Or Take Action If He Loses

The pitchforks and torches are staying in the shed.

 Emma Loop • One year ago



### Milwaukee Cop Who Fatally Shot Black Man Is Charged With Sexual Assault

The officer who fatally shot 23-year-old Sylville Smith in August has been arrested and suspended from the Milwaukee Police Department.

 Mike Hayes • One year ago



### Judge Bashed For Sentencing Man Who Admitted Raping 12-Year-Old Daughter To 60 Days In Jail

The judge wrote a letter defending the sentence for the convicted rapist — who could have faced up to 100 years in prison.

 Mike Hayes • One year ago



### Officials Want To Know Why New York Police Fatally Shot A Mentally Ill Woman

Deborah Danner, 66, was shot and killed by an NYPD sergeant after she allegedly wielded a bat at him.

 Mike Hayes • One year ago



### FBI Seeks Dismissal Of Lawsuit By Charleston Church Shooting Victims

The feds claim that the victims' families and survivors cannot hold the FBI liable for their deaths based on an alleged deficiency with the federal government's background check system.

 Mike Hayes • One year ago

MANG0174

 

← → C ↻ ⌂    🔒 BuzzFeed, Inc [US] | https://www.buzzfeed.com/mikehayes    ☆ ⋮



### A Judge Tossed Out The Sandy Hook Massacre Families' Lawsuit Against The AR-15 Maker

The families say they will appeal.

 Mike Hayes • One year ago



### Police Under Investigation After Cop Overdoses On Drugs Inside Station

A small city in Pennsylvania is reeling after a cop's on-duty drug overdose. The DA says prosecutors might have to walk away from several drug cases.

 Mike Hayes • One year ago



### Black Man Falsely Accused Of Shooting A Cop Who Actually Shot Herself Wants Her Prosecuted

Rodreikus Scott tells BuzzFeed News about his experience being suspected of shooting a police officer who shot herself.

 Mike Hayes • One year ago



### Officials Say A Deadly Connecticut Plane Crash Was An "Intentional Act"

The pilot was killed in the crash, but a surviving passenger told police the plane was brought down intentionally.

 Mike Hayes • One year ago



### Attorney: Donald Trump Will Have To Answer Teen's Rape Accusation In Court

A woman claims Trump raped her at a party in 1994 when she was just 13 years old.

 Mike Hayes • One year ago



### Police Say Creepy YouTube Video Not Linked To Teen Who Disappeared In 2009

The video was uploaded to YouTube two months after the young girl went missing in 2009, but only went viral this week. **UPDATE:** Police say the video is not linked to the disappearance.

MANG0175



### This High-Profile Defense Attorney Is Now Representing A Woman Accusing Trump Of Rape

Donald Trump is accused in a federal lawsuit of raping the woman in the '90s when she was 13 years old. He has repeatedly denied the allegations.

 Mike Hayes • One year ago



### No, This Cop Did Not Find Weed In Someone's Butt

The NYPD had tweeted that an officer recovered marijuana from a suspect "where the sun don't shine," and people assumed the obvious.

 Mike Hayes • One year ago



### Donald Trump Insists The Exonerated Central Park Five Are Guilty In Rape Case

Trump insisted this week that the five men who were exonerated in the 1989 rape in Central Park are guilty.

 Mike Hayes • One year ago



### Judges Question Whether Life Sentence For Silk Road Founder Is Unfair

In 2015, 32-year-old Ross Ulbricht was sentenced to life without parole after he was convicted of seven drug crimes in connection with running the massive dark-web drug bazaar, the Silk Road.

 Mike Hayes • One year ago



### Donald Trump Is Live Tweeting The VP Debate So Here We Go

He just couldn't let Mike Pence have 90 minutes to himself.

 Mike Hayes • One year ago



### The FBI Didn't Check A Database That Might Have Stopped Dylann Roof From Getting A Gun

The F.B.I. had additional information on Dylann Roof in a second database prior to the Charleston church shooting

MANG0176



### High School Football Players "More Likely Than Not" Raped Teammate With Coat Hanger

An internal investigation by school administrators in a small Idaho town found that high school football players likely assaulted a teammate with a coat hanger.

 Mike Hayes • One year ago



### Mike Pence Tells Wrongfully Convicted Man He Won't Act On Pardon Request

After waiting more than two years to act on the request, Pence informed Keith Cooper this week that he would not grant his pardon "out of respect for the judicial process."

 Mike Hayes • One year ago



### DC Police Release Video, Name Of Officer Who Fired Shots In Fatal Shooting Of Terrence Sterling

The mayor's office confirms that the officer did not turn on his body camera until after the shooting. [WARNING: Graphic video content.]

 Mike Hayes • One year ago



### Live Updates: New York-New Jersey Bomb Suspect Shuffles Into Court For First Time

The bombings in the two states injured 29 people in September. The suspect, Ahmad Khan Rahami, has been charged with using weapons of mass destruction and trying to kill police officers in a shootout.

 Alicia Melville-Smith • One year ago



### NY連続爆破　アフガン移民のラハミ容疑者とは?

家族が経営するレストランで働いていた容疑者。家族はイスラム教徒への差別に対して訴訟を起こしていた。

 Saki Mizoroki • One year ago

### Here's What We Know About The

MANG0177