**P. EXHIBIT 73**

| | |
|---|---|
| **From:** | Mike Hayes |
| **To:** | Liane@serrinsfisher.com; Liane Fisher |
| **Subject:** | Raymond Parker, Jr settlement |
| **Date:** | Tuesday, April 11, 2017 10:54:03 AM |

Hi Liane -

Just left you a voicemail. I saw that the Raymond Parker, Jr. case settled yesterday. Writing on this today.

Give me a call when you have the chance. Thanks.

MH


--

**Mike Hayes** | BuzzFeed | Senior Reporter
O: 646.798.0215
C: 203.364.7120
@michaelhayes
111 East 18th St., NY, NY 10003



#1 Most Innovative Company In The World -- Fast Company

MANG0386