P. EXHIBIT 75

| | |
|---|---|
| **From:** | Mike Hayes |
| **To:** | Liane Fisher |
| **Cc:** | Liane@serrinsfisher.com |
| **Subject:** | Re: Raymond Parker, Jr settlement |
| **Date:** | Tuesday, April 11, 2017 11:17:55 AM |

OK, cool

The sooner the better as the news was just announced: https://www.justice.gov/usao-sdny/pr/acting-us-attorney-settles-civil-rights-suit-against-new-york-city-violating-americans

MANG0388