| | |
|---|---|
| **From:** | Mike Hayes |
| **To:** | Liane Fisher |
| **Cc:** | Liane@serrinsfisher.com |
| **Subject:** | Re: Raymond Parker, Jr settlement |
| **Date:** | Tuesday, April 11, 2017 11:18:46 AM |

P. EXHIBIT 76

Also, if you guys have a picture of Raymond you can share, please send.

On Tue, Apr 11, 2017 at 11:17 AM, Mike Hayes <mike@buzzfeed.com> wrote:

MANG0389