


DEF-00054



DEF-00055





Enlarged