P. EXHIBIT 78

**From:** Mike Hayes
**To:** Liane Fisher
**Subject:** Re: Raymond Parker, Jr settlement
**Date:** Tuesday, April 11, 2017 12:24:05 PM

Story live: https://www.buzzfeed.com/mikehayes/new-york-city-to-pay-hiv-positive-man-denied-a-job-with?utm_term=.byd8B7M3L#.waDVxe46r

Thanks for your help!

Will follow up about your investigation into another state agency.

MH

MANG0390