| | |
|---|---|
| **From:** | Liane Fisher |
| **To:** | Mike Hayes |
| **Subject:** | Re: Raymond Parker, Jr settlement |
| **Date:** | Tuesday, April 11, 2017 1:00:38 PM |

Thanks, Mike! Nice job.

Sent from my iPhone

Liane Fisher, Esq.
Fisher Taubenfeld LLP
225 Broadway, Suite 1700
New York, New York 10007
Direct: (212) 384-0262
Main: (212) 571-0700
Fax: (212) 233-3801
www.fishertaubenfeld.com

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**Federal Tax Notice:** Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service. In addition, we do not impose upon any person or entity to whom this is addressed any limitation on the disclosure of the tax treatment or tax structure of any transaction discussed herein including any attachments.

P. EXHIBIT 79

MANG0391