| | |
|---|---|
| From: | Mike Hayes |
| To: | Liane Fisher |
| Cc: | Wajmah Yaqubi |
| Subject: | Raymond Parker story |
| Date: | Wednesday, September 13, 2017 4:13:56 PM |



Hi Liane -

Hope this email finds you well.

BuzzFeed was contacted about the use of the photo of Raymond Parker in this story: https://www.buzzfeed.com/mikehayes/new-york-city-to-pay-hiv-positive-man-denied-a-job-with

It is my recollection that your firm provided this photo to us for the story, but I can't seem to find the email in my inbox.

If you or your colleagues have the email saved in which you sent me the photo, could you please forward?

Thanks,
Mike

--

**Mike Hayes** | BuzzFeed | Senior Reporter
O: 646.798.0215
C: 203.364.7120
@michaelhayes
111 East 18th St., NY, NY 10003



#1 Most Innovative Company In The World – Fast Company

MANG0392