**P. EXHIBIT 85**

| | |
|---|---|
| **From:** | Liane Fisher |
| **To:** | Wajmah Yaqubi |
| **Cc:** | Mike Hayes |
| **Subject:** | RE: Raymond Parker story |
| **Date:** | Friday, September 22, 2017 1:36:00 PM |

Hi Wajmah,

I cannot locate the email where I forwarded you a picture of Mr. Paker. I believe Mr. Parker may have, himself, provided the picture. Do you think that's possible?

Liane Fisher, Esq.
Fisher Taubenfeld LLP
225 Broadway, Suite 1700
New York, New York 10007
Direct: (212) 384-0262
Main: (212) 571-0700
Fax: (212) 505-2001
www.fishertaubenfeld.com

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**Federal Tax Notice:** Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service. In addition, we do not impose upon any person or entity to whom this is addressed any limitation on the disclosure of the tax treatment or tax structure of any transaction discussed herein including any attachments.

MANG0397

--

**Mike Hayes** | BuzzFeed | Senior Reporter
O: 646.798.0215
C: 203.364.7120
@michaelhayes
111 East 18th St., NY, NY 10003



#1 Most Innovative Company In The World – Fast Company

--


**Wajmah Yaqubi** | Director of Rights & Clearances
BuzzFeed: The Social News and Entertainment Company
111 E. 18th St., NY, NY 10003 | t: 646-979-4765

--


**Wajmah Yaqubi** | Director of Rights & Clearances
BuzzFeed: The Social News and Entertainment Company
111 E. 18th St., NY, NY 10003 | t: 646-979-4765

**MANG0398**