***Mango v. Buzzfeed, Inc.,*** 17-cv-06784-VM (S.D.N.Y. 2017)
License Fee Summary (pursuant to F.R.E. 1006)

### LICENSE FEES PERSONALLY NEGOTIATED BY PLAINTIFF GREGORY MANGO
### (VIA P3200 PHOTOJOURNALISM)

| Bates # | Date | License Amount | Use | # of Images | Duration |
|---|---|---|---|---|---|
| MANG0636 | 10/19/2016 | $1700.00 | TV | 4 | Perpetuity |
| MANG0403 | 10/29/2005 | $1000.00 | TV | 2 | One-Time Use |
| MANG0407 | 2/2/2006 | $750.00 | TV | 1 | One Time Use |
| MANG0416 | 2/18/2009 | $750.00 | All Media | 1 | Perpetuity |
| MANG0408 | 3/2/2006 | $500.00 | TV | 1 | One-Time Use |
| MANG0423 | 11/1/2009 | $500.00 | TV | 2 | 2 Years |
| MANG0415 | 12/18/2008 | $500.00 | All Media | 1 | Perpetuity |
| MANG0406 | 11/26/2005 | $500.00 | Print or Internet | 1 | One-Time Use |
| MANG0404 | 10/29/2005 | $500.00 | Print | 1 | One-Time Use |
| MANG0405 | 11/11/2005 | $350.00 | TV | 1 | One-Time Use |
| MANG0435 | 10/2/2012 | $300.00 | Book | 1 | 20 Years |
| MANG0629 | 3/24/2013 | $250.00 | Print / Internet | 1 | 1 Year |
| MANG0411 | 11/15/2006 | $250.00 | TV | 1 | 30 Days |
| MANG0410 | 9/15/2006 | $250.00 | All Media | 1 | One-Time Use |
| MANG0409 | 9/15/2006 | $250.00 | All Media | 1 | One-Time Use |
| | | | | | |



P. EXHIBIT
**88**

**CONFIDENTIAL**                                                                                         MANG0638