

**P. EXHIBIT**
**89**

**INVOICE**                  **#1006**

TO:  CBS NEWS – 48 HOURS – NADIA FORD EPISODE

ATTN:  V. RITA DORGAN / DIRECTOR OF RIGHTS AND CLEARANCES & LEXI KARPEL

FROM:  GREGORY P. MANGO       DATE:  OCTOBER 19, 2016       SS #:  066  64  9921

RE: (4) PHOTO REQUESTS FOR A STORY ON NADIA FORD / VIKTORIA NASYROVA

JOB DESCRIPTION:

SUPPLY (1) HIGH RESOLUTION DIGITAL FILE EA OF (4) IMAGES FOR A STORY ON NADIA FORD,
WHO LOCATED VIKTORIA NASYROVA, THE ALLEGED MURDERER OF NADIA'S MOTHER IN
RUSSIA .

 PHOTO CREDIT SHOULD BE GIVEN AS "GREGORY P. MANGO" WHENEVER POSSIBLE.
COPYRIGHT HAS NOT BEEN TRANSFERRED BUT THE FOLLOWING PERMISSIONS APPLY
TO THESE IMAGES:

 PLEASE SEE NEGOTIATED CONTRACT DATED OCTOBER 18, 2017 AND SIGNED BY GREGORY
P. MANGO AND V. RITA DORGAN.

 PROFESSIONAL FEE:

     (4) HIGH-RES DIGITAL FILES AT $1,700.00   (FLAT FEE)             $1,700.00

     N.Y. STATE SALES TAX  @ 8.875%                      150.87

     TOTAL FOR THE ENTIRE JOB:                       $1,850.87

PLEASE MAKE ACH PAYMENT TO GREGORY P. MANGO AT CAPITAL ONE BANK.

BANK DETAILS CONTAINED ON ACH FORM & W-9 FORM HAS ALREADY BEEN SENT TO CBS.

IF A PAPER CHECK IS ISSUED, IT CAN BE MAILED TO: 210 17TH ST., BROOKLYN, NY  11215

**CONFIDENTIAL - Subject To Protective Order**         **MANG0636**



**INVOICE**                                                          **#0585**

TO:  ENTERTAINMENT TONIGHT / THE INSIDER

ATTN:  MR. WIATT COOPER

FROM:  GREGORY P. MANGO

DATE:  OCTOBER 29 2005

SOCIAL SECURITY #:   066  64  9921

RE: PHOTO REQUEST AS SEEN IN THE NEW YORK POST  OF AL REYNOLDS
    AT THE 19TH PRECINCT IN NYC.    PRINTED ON 10/27/05

JOB DESCRIPTION:

> SUPPLY (1) HIGH RESOLUTION DIGITAL FILE OF (1)
> IMAGE THAT WAS PRINTED IN THE NEW YORK POST.
> ALSO, SUPPLY A 2ND IMAGE FROM THE SAME
> SHOOT WHERE AL REYNOLDS WAS SEEN WALKING OUT
> OF THE 19TH PRECINCT IN NYC AFTER BEING
> ARRESTED FOR A SUSPENDED DRIVER'S LICENSE.
> THIS SALE IS FOR ONE TIME USE ONLY ON
> ENTERTAINMENT TONIGHT AND THE INSIDER.
> FUTURE USAGE TO BE NEGOTIATED AT THAT TIME.
> PHOTO CREDIT SHOULD BE GIVEN WHENEVER
> POSSIBLE AS COPYRIGHT HAS NOT BEEN TRANSFERRED.

PROFESSIONAL FEE:

(2) HIGH-RES DIGITAL FILES AT $500.00 EACH          $1000.00

OUT OF STATE SALE -- NO TAX APPLIED                    -0-

TOTAL FOR THE ENTIRE JOB:                           $1000.00

PLEASE MAKE CHECK PAYABLE TO GREGORY P. MANGO AND SEND
TO THE ABOVE ADDRESS.                         THANK YOU.

**CONFIDENTIAL - Produced Subject to Protective Order**          **MANG0403**

5

INVOICE                                                                              #0610

TO:   GOOD MORNING AMERICA

ATTN:  MS. SUSAN J. BORKOWSKI

FROM:  GREGORY P. MANGO                            **PAID**

DATE:  MARCH 2, 2006

SOCIAL SECURITY #:  066 64 9921

RE: PHOTO REQUEST AS SEEN IN THE NEW YORK POST  OF DANIEL
GEORGE AND SON FUNERAL HOME.          PRINTED ON 2/26/06

JOB DESCRIPTION:

SUPPLY (1) HIGH RESOLUTION DIGITAL FILE OF (1)
IMAGE THAT WAS PRINTED IN THE NEW YORK POST.
THIS IS THE SHOOT OF THE SECRET CUTTING ROOM AT
DANIEL GEORGE AND SON FUNERAL HOME WHERE
BODY PARTS WERE ILLEGALLY REMOVED FROM HUMAN
CORPSES FOR SALE TO THE MEDICAL ESTABLISHMENT.
THIS SALE IS FOR ONE TIME USE ONLY ON GOOD
MORNING AMERICA AND IT'S AFFILIATED SYNDICATES.
FUTURE USAGE TO BE NEGOTIATED AT THAT TIME.
PHOTO CREDIT SHOULD BE GIVEN WHENEVER POSSIBLE
AS COPYRIGHT HAS NOT BEEN TRANSFERRED.

PROFESSIONAL FEE:

(1) HIGH-RES DIGITAL FILE AT $750.00 EACH                    $750.00

NEW YORK STATE SALES TAX    (8..375%)                        62.81

TOTAL FOR THE ENTIRE JOB:                                    $812.81

PLEASE MAKE CHECK PAYABLE TO GREGORY P. MANGO AND SEND
TO THE ABOVE ADDRESS.                          THANK YOU.

**CONFIDENTIAL - Produced Subject to Protective Order**

**MANG0407**

14



**INVOICE**                                                                              **#0663**

TO: A.B.C. NEWS

ATTN:  MS. ANGELA M. HILL                                    **PAID**
                                                                            4/15/09
FROM:  GREGORY P. MANGO

DATE: FEBRUARY 18, 2009

SOCIAL SECURITY #:  066 64 9921

RE: PHOTO REQUEST AS SEEN IN <u>THE NEW YORK POST</u>  OF MR. ANDREW MADOFF,
YOUNGER SON OF WALL STREET PONZI SCHEME MASTERMIND BERNARD MADOFF.

 <u>JOB DESCRIPTION:</u>

SUPPLY (1) HIGH RESOLUTION DIGITAL FILE OF (1) IMAGE THAT WAS
PRINTED IN <u>THE NEW YORK POST.</u>   PHOTO CREDIT SHOULD BE GIVEN AS
"GREGORY P. MANGO" WHENEVER POSSIBLE.  COPYRIGHT HAS NOT BEEN
TRANSFERRED BUT THE FOLLOWING PERMISSIONS APPLY TO THIS IMAGE:

Worldwide-  In all media now known or hereafter devised, including television, internet,
radio, satellite radio, home video, download-to-own, and mobile video.  In perpetuity- On
all of ABC's services-internet, cable, network, television, affiliated and owned stations.

 NO FUTURE FEES DUE AFTER PAYMENT OF THIS INVOICE.

 <u>PROFESSIONAL FEE:</u>

(1) HIGH-RES DIGITAL FILE AT $750.00 EACH                                    $750.00

OUT OF STATE SALE -- NO TAX APPLIED                                          -0-

TOTAL FOR THE ENTIRE JOB:                                                    $750.00

PLEASE MAKE CHECK PAYABLE TO <u>GREGORY P. MANGO</u> AND SEND TO:
210 17TH STREET, BROOKLYN, NY 11215.                      THANK YOU!

**CONFIDENTIAL - Produced Subject to Protective Order**

**MANG0416**

6

## INVOICE                                                          #0609

TO:  GERALDO RIVERA SHOW

ATTN: MR. GREG HART

FROM: GREGORY P. MANGO

DATE: MARCH 2, 2006

SOCIAL SECURITY #:  066  64  9921

RE: PHOTO REQUEST AS SEEN IN THE NEW YORK POST OF SHANNON
    CONNELLY ON PAGE #5.                    PRINTED ON 2/27/06

### JOB DESCRIPTION:

SUPPLY (1) HIGH RESOLUTION DIGITAL FILE OF (1)
IMAGE THAT WAS PRINTED IN THE NEW YORK POST.
THIS IS THE SHOOT OF JOHN GOTTI MISTRESS
SHANNON CONNELLY WITH AND WITHOUT HER "LOVE
CHILD" MEAGAN GRILLO.  THIS SALE IS FOR ONE TIME
USE ONLY ON THE GERALDO RIVERA SHOW AND IT'S
AFFILIATED SYNDICATES.  FUTURE USAGE TO BE
NEGOTIATED AT THAT TIME.  PHOTO CREDIT SHOULD BE
GIVEN WHENEVER POSSIBLE AS COPYRIGHT HAS NOT
BEEN TRANSFERRED.

### PROFESSIONAL FEE:

| | |
|---|---|
| (1) HIGH-RES DIGITAL FILE AT $500.00 EACH | $500.00 |
| NEW YORK STATE SALES TAX   (8..375%) | 41.87 |
| TOTAL FOR THE ENTIRE JOB: | $541.87 |

PLEASE MAKE CHECK PAYABLE TO GREGORY P. MANGO AND SEND
TO THE ABOVE ADDRESS.                    THANK YOU.

**CONFIDENTIAL - Produced Subject to Protective Order**

**MANG0408**



*21*

INVOICE                                                                                                      #0672


TO: HARPO PRODUCTIONS, INC.   (THE OPRAH WINFREY SHOW)

ATTN:  MS. ERIN REID

FROM:  GREGORY P. MANGO

DATE: NOVEMBER 1, 2009                          SOCIAL SECURITY #:  066 64 9921

RE: PHOTO REQUEST AS SEEN IN <u>NEW YORK MAGAZINE</u> REGARDING THE STORY OF
MICHAEL MASTROMARINO, THE FUNERAL DIRECTOR WHO HARVESTED BONES FROM BODIES
PREPARED AT THE DANIEL GEORGE FUNERAL HOME IN BENSONHURST, BROOKLYN.


JOB DESCRIPTION:

 SUPPLY (2) HIGH RESOLUTION DIGITAL FILES OF (2) IMAGES TAKEN IN THE SECRET AUTOPSY
ROOM USED FOR ILLEGAL BONE HARVESTING AT THE DANIEL GEORGE FUNERAL HOME.
                    PHOTO #1:  AUTOPSY ROOM WITH OPERATING TABLE
                    PHOTO #2:  RUSTY SURGICAL TOOLS
 PHOTO CREDIT SHOULD BE GIVEN AS "P3200 PHOTOJOURNALISM/GREGORY P. MANGO."
COPYRIGHT HASN'T BEEN TRANSFERRED BUT THE FOLLOWING PERMISSIONS APPLY:

Licensor acknowledges and agrees that Harpo may use the Photographs solely within the
"Secret Lives" program / episode #1015B09DB and also in connection with the advertising
and promotion thereof, for eight (8) runs, worldwide, within a two (2) year license period
commencing on the initial domestic broadcast of the Program/Episode, in the following
markets/media: (i) all television (standard, cable/satellite.)

PROFESSIONAL FEE:

        (2) HIGH-RES DIGITAL FILES AT $250.00 EACH                              $500.00

        OUT OF STATE SALE -- NO TAX APPLIED                                     -0-

        TOTAL FOR THE ENTIRE JOB:                                               $500.00

        PLEASE MAKE CHECK PAYABLE TO <u>GREGORY P. MANGO</u> AND SEND TO:
        210 17TH STREET, BROOKLYN, NY 11215.              THANK YOU!


**CONFIDENTIAL - Produced Subject to Protective Order**

**MANG0423**

13



**INVOICE**                                                                                               **#0659**

TO:  C.N.B.C. BUSINESS NEWS

ATTN:  MS. MORGAN DOWNS

FROM:  GREGORY P. MANGO



DATE:  DECEMBER 18, 2008

SOCIAL SECURITY #:  066 64 9921

RE: PHOTO REQUEST AS SEEN IN <u>THE NEW YORK POST</u>  OF MR. ANDREW MADOFF,
YOUNGER SON OF WALL STREET PONZI SCHEME MASTERMIND BERNARD MADOFF.

<u>JOB DESCRIPTION:</u>

> SUPPLY (1) HIGH RESOLUTION DIGITAL FILE OF (1) IMAGE THAT WAS
> PRINTED IN <u>THE NEW YORK POST.</u>   PHOTO CREDIT SHOULD BE GIVEN AS
> "GREGORY P. MANGO" WHENEVER POSSIBLE.   COPYRIGHT HAS NOT BEEN
> TRANSFERRED BUT THE FOLLOWING PERMISSIONS APPLY TO THIS IMAGE:

Worldwide-  In all media now known or hereafter devised, including television, internet,
radio, satellite radio, home video, download-to-own, and mobile video.  In perpetuity- On
all of NBC's services-cable, network, television, affiliated and owned stations, Telemundo
and interactive (on our websites). NO FUTURE FEES DUE AFTER PAYMENT OF THIS INVOICE.

<u>PROFESSIONAL FEE:</u>

(1) HIGH-RES DIGITAL FILE AT $500.00 EACH                                          $500.00

OUT OF STATE SALE -- NO TAX APPLIED                                                 -0-

TOTAL FOR THE ENTIRE JOB:                                                          $500.00

PLEASE MAKE CHECK PAYABLE TO <u>GREGORY P. MANGO</u> AND SEND TO:
210 17TH STREET, BROOKLYN, NY 11215.                        THANK YOU!

**CONFIDENTIAL - Produced Subject to Protective Order**

**MANG0415**

4



PAID
1/19/06

INVOICE                                                                    #0592

TO:   GLOBE MAGAZINE / AMERICAN MEDIA, INC.

ATTN:  MS. STEPHANIE KEIPER   —  561 - 989 - 1122

FROM:  GREGORY P. MANGO

DATE:  NOVEMBER 26, 2005

SOCIAL SECURITY #:   066  64  9921

RE: PHOTO REQUEST AS SEEN IN THE NEW YORK POST OF SENATOR
    HILARY CLINTON AND ELLEN DEGENERES ABOARD THE STATEN
    ISLAND FERRY.  PRINTED ON 11/20/05.

JOB DESCRIPTION:

          SUPPLY (1) HIGH RESOLUTION DIGITAL FILE OF (1)
          IMAGE THAT WAS PRINTED IN THE NEW YORK POST.
          THE IMAGE IS OF HILARY CLINTON AND ELLEN
          DEGENERES ABOARD THE STATEN ISLAND FERRY
          DURING A TAPING OF THE ELLEN DEGENERES SHOW.
          THIS SALE IS FOR ONE TIME USE ONLY IN GLOBE
          MAGAZINE.  FUTURE USAGE TO BE NEGOTIATED AT
          THAT TIME.  PHOTO CREDIT SHOULD BE GIVEN
          WHENEVER POSSIBLE AS COPYRIGHT HAS NOT BEEN
          TRANSFERRED.

PROFESSIONAL FEE:

(1) HIGH-RES DIGITAL FILE AT $500.00 EACH                    $500.00

OUT OF STATE SALE  -- NO TAX APPLIED                         -0-

TOTAL FOR THE ENTIRE JOB:                                    $500.00

PLEASE MAKE CHECK PAYABLE TO GREGORY P. MANGO AND SEND
TO THE ABOVE ADDRESS.                          THANK YOU.

**CONFIDENTIAL - Produced Subject to Protective Order**

**MANG0406**

2



500.00
12|15|05

INVOICE                                                        #0586

TO:   STAR MAGAZINE / AMERICAN MEDIA, INC.

ATTN:  MS. JESSICA KORMAN

FROM:  GREGORY P. MANGO

DATE:  OCTOBER 29, 2005

SOCIAL SECURITY #:   066  64  9921

RE: PHOTO REQUEST AS SEEN IN THE NEW YORK POST  OF AL REYNOLDS
    AT THE 19TH PRECINCT IN NYC.    PRINTED ON 10/27/05.  TO BE USED
    IN ISSUE #46 OF STAR MAGAZINE.

JOB DESCRIPTION:

SUPPLY (1) HIGH RESOLUTION DIGITAL FILE OF (1)
IMAGE THAT WAS PRINTED IN THE NEW YORK POST.
THE IMAGE IS OF AL REYNOLDS WALKING OUT
OF THE 19TH PRECINCT IN NYC AFTER BEING
ARRESTED FOR A SUSPENDED DRIVER'S LICENSE.
THIS SALE IS FOR ONE TIME USE ONLY IN STAR
MAGAZINE.  FUTURE USAGE TO BE NEGOTIATED AT
THAT TIME.  PHOTO CREDIT SHOULD BE GIVEN
WHENEVER POSSIBLE AS COPYRIGHT HAS NOT BEEN
TRANSFERRED.

PROFESSIONAL FEE:

(1) HIGH-RES DIGITAL FILE AT $500.00 EACH                $500.00

NEW YORK STATE SALES TAX AT 8.375%      NO TAX        41.87
                                        OUT OF STATE
TOTAL FOR THE ENTIRE JOB:               SALE          $541.87
                                        (FLORIDA)

PLEASE MAKE CHECK PAYABLE TO GREGORY P. MANGO AND SEND
TO THE ABOVE ADDRESS.                            THANK YOU.

**CONFIDENTIAL - Produced Subject to Protective Order**

**MANG0404**

3



1/19/06

INVOICE                                                                 #0587

TO:  ACCESS HOLLYWOOD

ATTN:  MS. GUDRUN OLAFSDOTTIR

FROM:  GREGORY P. MANGO

DATE: NOVEMBER 11, 2005

SOCIAL SECURITY #:  066 64 9921

RE: PHOTO REQUEST AS SEEN IN THE NEW YORK POST OF AL REYNOLDS
    AT THE 19TH PRECINCT IN NYC.   PRINTED ON 10/27/05

JOB DESCRIPTION:

SUPPLY (1) HIGH RESOLUTION DIGITAL FILE OF (1)
IMAGE THAT WAS PRINTED IN THE NEW YORK POST.
THIS IS THE SHOOT WHERE AL REYNOLDS WAS SEEN
WALKING OUT OF THE 19TH PRECINCT IN NYC AFTER
BEING ARRESTED FOR A SUSPENDED DRIVER'S LICENSE.
THIS SALE IS FOR ONE TIME USE ONLY ON
ACCESS HOLLYWOOD.  FUTURE USAGE TO BE
NEGOTIATED AT THAT TIME.  PHOTO CREDIT SHOULD BE
GIVEN WHENEVER POSSIBLE AS COPYRIGHT HAS NOT
BEEN TRANSFERRED.

PROFESSIONAL FEE:

(1) HIGH-RES DIGITAL FILE AT $350.00 EACH             $350.00

 OUT OF STATE SALE -- NO TAX APPLIED                     -0-

 TOTAL FOR THE ENTIRE JOB:                            $350.00

PLEASE MAKE CHECK PAYABLE TO GREGORY P. MANGO AND SEND
TO THE ABOVE ADDRESS.                          THANK YOU.

**CONFIDENTIAL - Produced Subject to Protective Order**

**MANG0405**

33



 11/20/12

*INVOICE*                                                                                                   *#0745*

TO:  PEARSON EDUCATION

ATTN: BEN FERRINI

FROM:  GREGORY P. MANGO        DATE: OCTOBER 2, 2012        SS #:  066  64  9921

RE: (1) PHOTO REQUEST FOR PSYCHOLOGY TEXTBOOK FEATURING DELROY SIMMONDS

JOB DESCRIPTION:

SUPPLY (1) HIGH RESOLUTION DIGITAL FILE EA OF (1) IMAGE OF DELROY SIMMONDS, WHO
RESCUED A BABY & STROLLER FROM THE SUBWAY TRACKS IN BROOKLYN LAST JUNE 26TH.

PHOTO CREDIT SHOULD BE GIVEN AS "GREGORY P. MANGO" WHENEVER POSSIBLE.
COPYRIGHT HAS NOT BEEN TRANSFERRED BUT THE PERMISSIONS FOUND ON THE LICENSE
AGREEMENT APPLY TO THIS IMAGE FOR THE FOLLOWING BOOK:

| Author(s) Marin/Hock | Program/Title: Psychology in a Dynamic World | Edition: 1 |
|---|---|---|
| Initial Publication Date: 2012-12-01 | Territory: World | Languages: All | Term: 20 years |

PROFESSIONAL FEE:

   (1) HIGH-RES DIGITAL FILE AT $300.00                                              $300.00

   OUT OF STATE SALE – NY STATE SALES TAX NOT APPLIED                        -0-

   TOTAL FOR THE ENTIRE JOB:                                                         $300.00

   PLEASE MAKE CHECK PAYABLE TO GREGORY P. MANGO AND SEND TO:

        210 17TH STREET, BROOKLYN, NY  11215

                    THANK YOU!

**CONFIDENTIAL - Produced Subject to Protective Order**

**MANG0435**



**35**

*INVOICE*                                                                                                                          **#0765**

   *TO:  BILD DIGITAL*

   *ATTN:  MR. AXEL SPRINGER AG*
          *KST 3417 / BILD*
          *BRIEFFACH 8951*
          *20350 HAMBURG, GERMANY*

*PAID 5/10/13*

   *FROM:  GREGORY P. MANGO*                                                                    *DATE:  MARCH 24, 2013*

   *SOCIAL SECURITY #:  066 64 9921*     *TAXPAYER I.D. NUMBER (E.I.N.): 46 - 2088676*

   *RE: (1) PHOTO REQUEST OF DAVID RANTA, A CONVICTED CRIMINAL RELEASED AFTER*
      *23 YEARS IN PRISON FOR WRONGFUL CONVICTION.*

*JOB DESCRIPTION:*

*SUPPLY (1) HIGH RESOLUTION DIGITAL FILE EA OF (1) DAVID RENTA LEAVING
BROOKLYN SUPREME COURT AFTER BEING RELEASED FROM PRISON.*

  *PHOTO CREDIT SHOULD BE GIVEN AS "GREGORY P. MANGO" WHENEVER
POSSIBLE.  COPYRIGHT HAS NOT BEEN TRANSFERRED BUT THE FOLLOWING
PERMISSIONS APPLY TO THIS IMAGE:*

  *FOR A PERIOD OF ONE (1) YEAR, COMMENCING ON MARCH 24, 2013 AND ENDING ON
MARCH 24, 2014, BILD DIGITAL MAY PUBLISH IN PRINT OR ON THE WEB, THE (1) IMAGE
OF DAVID RANTA PROVIDED BY GREGORY P. MANGO WITHOUT FURTHER COMPENSATION
TO THE PHOTOGRAPHER.*

 *NO FUTURE FEES DUE AFTER PAYMENT OF THIS INVOICE*

  *PROFESSIONAL FEE:*

*(1) HIGH-RES DIGITAL FILE AT $250.00  (FLAT FEE)*                                                      *$250.00*

*OUT OF STATE SALE (NO TAX—SALE TO GERMANY)*                                               *-0-*

*TOTAL FOR THE ENTIRE JOB:*                                                                                 *$250.00*

   *PLEASE MAKE CHECK PAYABLE TO GREGORY P. MANGO AND SEND TO:*

   *210 17TH STREET, BROOKLYN, NY 11215.*                                    *THANK YOU!*

**CONFIDENTIAL - Subject To Protective Order**                                **MANG0629**

9

INVOICE                                                              #0625


TO:  W.T.H.R. TV, INDIANAPOLIS, INDIANA

ATTN:  MS. HOLLY W. STEPHEN

FROM:  GREGORY P. MANGO

DATE:  NOVEMBER 15, 2006                           PAID 11/28/06

SOCIAL SECURITY #:  066 64 9921


RE: PHOTO REQUEST AS SEEN IN *THE NEW YORK POST* OF THE SECRET
CUTTING ROOM OF THE DANIEL GEORGE FUNERAL HOME, BROOKLYN, NY

 JOB DESCRIPTION:

                    SUPPLY (1) HIGH RESOLUTION DIGITAL FILE OF (1)
                    IMAGE THAT WAS PRINTED IN *THE NEW YORK POST*.
                    THIS IMAGE ILLUSTRATES THE SECRET ROOM WHERE
                    BODY PARTS WERE HARVESTED AT THE DANIEL GEORGE
                    FUNERAL HOME.  THIS SALE IS FOR A USAGE PERIOD OF
                    (30) DAYS COMMENCING ON NOVEMBER 14, 2006 &
                    ENDING ON DECEMBER 14, 2006. AFTER THAT, FUTURE
                    USAGE FEE TO BE NEGOTIATED WITH PHOTOGRAPHER.
                    PHOTO CREDIT SHOULD BE GIVEN AS "GREGORY P.
                    MANGO" WHENEVER POSSIBLE AS COPYRIGHT HAS
                    NOT BEEN TRANSFERRED.


PROFESSIONAL FEE:

(1) HIGH-RES DIGITAL FILE AT $250.00 EACH                 $250.00

 OUT OF STATE SALE -- NO TAX APPLIED                       -0-

 TOTAL FOR THE ENTIRE JOB:                                $250.00

PLEASE MAKE CHECK PAYABLE TO GREGORY P. MANGO AND SEND
TO:  210 17TH STREET, BROOKLYN, NY 11215.          THANK YOU.


**CONFIDENTIAL - Produced Subject to Protective Order**          **MANG0411**





ININVOICE                                                              #0621

TO:  **THE DAILY MIRROR**

ATTN:  MR. DUNCAN LOVETT

FROM:  GREGORY P. MANGO

DATE:  SEPTEMBER 15, 2006

SOCIAL SECURITY #:  066 64 9921

RE:  PHOTO OF ALEXANDRA LIPTON AS SEEN IN THE NEW YORK POST ON 9/12/06.

JOB DESCRIPTION:

PROVIDE (1) HIGH RESOLUTION DIGITAL FILE OF ALEXANDRA LIPTON.  THIS STORY
DETAILS A SEXUAL HARRASSMENT LAWSUIT FILED BY HER AND ANOTHER CO-WORKER
AGAINST THE SUTTON PLACE BAR AND RESTAURANT.   PHOTO SOLD AS A ONE-TIME USE
ONLY.  COPYRIGHT RETAINED BY PHOTOGRAPHER.

PROFESSIONAL FEE:

(1) FLAT FEE FOR THE IMAGE AT $250.00                          $250.00

NO TAX   (OUT OF COUNTRY SALE)                                      -0-

TOTAL FOR THE ENTIRE JOB:                                      $250.00

PLEASE MAKE CHECK PAYABLE TO GREGORY P. MANGO AND SEND TO:

             210 17TH STREET, STUDIO #3
             BROOKLYN, NY 11215   USA

                    THANK YOU!

**CONFIDENTIAL - Produced Subject to Protective Order**

**MANG0410**

7



INVOICE                                                                                                      #0620

    TO:  _THE TIMES OF LONDON_

    ATTN:  MR. PAUL BELLSHAM

    FROM:  GREGORY P. MANGO

    DATE:  SEPTEMBER 15, 2006

    SOCIAL SECURITY #:  066 64 9921

    REFERENCE NUMBER:  PB 150902

    RE:  PHOTO OF ALEXANDRA LIPTON AS SEEN IN THE NEW YORK POST ON 9/12/06.

    JOB DESCRIPTION:

    PROVIDE (1) HIGH RESOLUTION DIGITAL FILE OF ALEXANDRA LIPTON.  THIS STORY
    DETAILS A SEXUAL HARRASSMENT LAWSUIT FILED BY HER AND ANOTHER CO-WORKER
    AGAINST THE SUTTON PLACE BAR AND RESTAURANT.   PHOTO SOLD AS A ONE-TIME USE
    ONLY.  COPYRIGHT RETAINED BY PHOTOGRAPHER.

    PROFESSIONAL FEE:

    (1) FLAT FEE FOR THE IMAGE AT $250.00                                    $250.00

    NO TAX   (OUT OF COUNTRY SALE)                                            -0-

    TOTAL FOR THE ENTIRE JOB:                                                 $250.00

    PLEASE MAKE CHECK PAYABLE TO _GREGORY P. MANGO_ AND SEND TO:

            210 17TH STREET, STUDIO #3
            BROOKLYN, NY 11215   USA

              THANK YOU!

PAID 11/28/06

**CONFIDENTIAL - Produced Subject to Protective Order**

**MANG0409**