*Mango v. Buzzfeed, Inc.,* 17-cv-06784-VM (S.D.N.Y. 2017)
License Fee Summary (pursuant to F.R.E. 1006)

### TOP 12 LICENSE FEES NEGOTIATED BY THIRD-PARTY STOCK PHOTO AGENCIES (I.E., POLARIS, SPLASH) ON GREGORY MANGO'S BEHALF

|    | Bates #   | Date       | Amount    | Use             | # of Images | Duration |
|----|-----------|------------|-----------|-----------------|-------------|----------|
| 1  | MANG0127  | 10/15/2007 | $2,500.00 | Print           | 1           | n/a      |
| 2  | MANG0426  | 10/28/2010 | $1244.43  | TV              | 1           | n/a      |
| 3  | MANG0424  | 11/11/2009 | $950.00   | Print           | 1           | n/a      |
| 4  | MANG0439  | 2/24/2011  | $800.00   | TV/Film/Visual  | 1           | n/a      |
| 5  | MANG0438  | 3/2/2015   | $750.00   | Internet        | 1           | n/a      |
| 6  | MANG0414  | 1/17/2008  | $626.85   | n/a             | 1           | n/a      |
| 7  | MANG0428  | 2/11/2011  | $550.00   | Print           | 1           | n/a      |
| 8  | MANG0452  | 11/23/2012 | $500.00   | TV              | 1           | n/a      |
| 9  | MANG0452  | 11/30/2012 | $500.00   | TV              | 1           | n/a      |
| 10 | MANG0127  | 10/15/2007 | $500.00   | Print           | 1           | n/a      |
| 11 | MANG0127  | 10/15/2007 | $500.00   | Print           | 1           | n/a      |
| 12 | MANG0127  | 10/15/2007 | $500.00   | Print           | 1           | n/a      |



P. EXHIBIT 90