

**PHOTOGRAPHER SALES STATEMENT**

Gregory Mango
210 17th Street
Brooklyn, NY 11215

**Date:** 10/15/07

| Client/Country | Subject | Inv # | Amount | % | Payment |
|---|---|---|---|---|---|
| Time Magazine | Shannon Connelly; page 27 | 106481 | 300.00 | 50 | 150.00 |
| Star Magazine | Russell Crowe Page 48; ½ Page | 109136 | 250.00 | 50 | 125.00 |
| Inside Edition | Dr. Petit leaves funeral for slain wife and daughter on June 28, 2007 | 109546 | 500.00 | 50 | 250.00 |
| People Magazine | Dr. Petit after memorial service for family: 1/3 pp: pp 60 | 109581 | 2,500.00 | 50 | 1,250.00 |
| People Magazine | Memorial flyer: 1/4 pp; pp 62 | 109581 | 500.00 | 50 | 250.00 |
| The Globe | Petit: p. 23 | 109629 | 500.00 | 50 | 250.00 |
| The Globe | Flyer: p. 23 | 109629 | 225.00 | 50 | 112.50 |

**TOTAL: 2,387.50**

P. EXHIBIT
91

259 West 30th Street • 13th Floor • New York, NY 10001
Telephone: 212 967 5656 • Facsimile: 212 643 4544 • www.PolarisImages.com



24

**Monthly Sales Report**

| Invoice Reference | Date / Picture Description | Class | Country | Sale Price | Royalties |
|---|---|---|---|---|---|
| **GPMNY** | **Gregory Mango**<br>210 17th Street, studio #3<br>Brooklyn New York 11215-5309 | | | | |

| Invoice Reference | Date / Picture Description | Class | Country | Sale Price | Royalties |
|---|---|---|---|---|---|
| I0123751 | 10/28/2010 | ZZZ EUROMAGS | Germany | | |
| SPL 194276 | PIC Man burns Quran on 9/11 Double Page pg 22/23 | | | 1,244.43 | 746.66 |
| | Contributor Total | | | $1,244.43 | $746.66 |

CONFIDENTIAL - Produced Subject to Protective Order



22

POLARIS
IMAGES

## PHOTOGRAPHER SALES STATEMENT

Gregory Mango
210 17th Street
Brooklyn, NY 11215

**Date:** 11/11/09

| Client/Country | Subject | Inv # | Amount | % | Payment |
|---|---|---|---|---|---|
| Independent - Review/UK | A Madoff. | 113194 | 79.25 | 40 | 31.70 |
| St. Martin's Press | Flowers adorn the fresh graves of Jennifer Lynn Hawke-Petit and daughters, Michaela and Hayley, 1/8 page cover | 113220 | 950.00 | 50 | 475.00 |

**TOTAL:** **506.70**

259 West 30th Street • 13th Floor • New York, NY 10001
Telephone: 212 967 5656 • Facsimile: 212 643 4544 • www.PolarisImages.com

CONFIDENTIAL - Produced Subject to Protective Order

MANG0424

**Gregory Mango**
210 17th Street
Studio #3
Brooklyn NY 11215
United States

**Royalty Statement for February 2016**

## Contributor: Gregory Mango

### Commission Plan: Standard [GPMNY] (60%)

**SPL939914** (21 Jan 2015) Lastonia Leviston sues rapper 50 Cent for posting sex tape online
100.00% of 60.00% = 60.00%. (Freelancer, so divide percentage by number of non-tip contributors. (60.00% / 1))
012115LEVISTON8GPM.jpg

| | | | |
|---|---|---|---|
| 11 Feb 2016: Daily Mail Online ( Internet / United Kingdom ) | **1.45** | 60.00% | **0.87 USD** |
| 11 Feb 2016: Daily Mail Online ( Internet / United Kingdom ) | **1.45** | 60.00% | **0.87 USD** |
| | | | **1.74 USD** |

**SPL658793** (2 Dec 2013) Frank DiPascali Testifies Against Co-Workers in Federal Court
100.00% of 60.00% = 60.00%. (Freelancer, so divide percentage by number of non-tip contributors. (.6 / 1) then subtract share of tips, if any (0))
120213DIPASCALI10GPM.jpg

| | | | |
|---|---|---|---|
| 9 Feb 2016: ABC News ( TV/Film/Visual / United States ) | **175.00** | 60.00% | **105.00 USD** |
| | | | **105.00 USD** |

**SPL254596** (7 Mar 2011) Billionaire sex offender Jeffrey Epstein - who has been linked to Prince Andrew - spotted out in NYC on February 24th
100.00% of 60.00% = 60.00%. (Freelancer, so divide percentage by number of non-tip contributors. (.6 / 1) then subtract share of tips, if any (0))
spl250371_001.jpg

| | | | |
|---|---|---|---|
| 17 Feb 2016: ITV PLC ( TV/Film/Visual / United Kingdom ) | **71.98** | 60.00% | **43.19 USD** |
| | | | **43.19 USD** |

**SPL250371** (24 Feb 2011) Former sex offender millionaire Jeffrey Epstein in NYC for a root canal
100.00% of 60.00% = 60.00%. (Freelancer, so divide percentage by number of non-tip contributors. (.6 / 1) then subtract share of tips, if any (0))
022411EPSTEIN1GPM.jpg

| | | | |
|---|---|---|---|
| 29 Feb 2016: Conston Communications, LLC ( TV/Film/Visual / United States ) | **800.00** | 60.00% | **480.00 USD** |

37

**CONFIDENTIAL - Produced Subject to Protective Order**

**54.00 USD**

**SPL254596** (7 Mar 2011) Billionaire sex offender Jeffrey Epstein - who has been linked to Prince Andrew - spotted out in NYC on February 24th
100.00% of 60.00% = 60.00%. (Freelancer, so divide percentage by number of non-tip contributors. (.6 / 1) then subtract share of tips, if any (0))
spl250371_001.jpg

| | | | | |
|---|---|---|---|---|
| 19 Mar 2015: ABC News ( TV/Film/Visual / United States ) | **175.00** | 60.00% | **105.00** | **USD** |
| 25 Mar 2015: AMI - SUBSCRIPTION ( Magazine Publisher / United States ) | **1.00** | 60.00% | **0.60** | **USD** |
| 25 Mar 2015: AMI - SUBSCRIPTION ( Magazine Publisher / United States ) | **1.00** | 60.00% | **0.60** | **USD** |
| 26 Mar 2015: ITV plc ( TV/Film/Visual / United Kingdom ) | **111.57** | 60.00% | **66.94** | **USD** |
| | | | **173.14** | **USD** |

**SPL250371** (24 Feb 2011) Former sex offender millionaire Jeffrey Epstein in NYC for a root canal
100.00% of 60.00% = 60.00%. (Freelancer, so divide percentage by number of non-tip contributors. (.6 / 1) then subtract share of tips, if any (0))
022411EPSTEIN1GPM.jpg

| | | | | |
|---|---|---|---|---|
| 2 Mar 2015: Popsugar.com (Sugar Publishing) ( Internet / United States ) | **750.00** | 60.00% | **450.00** | **USD** |
| 25 Mar 2015: AMI - SUBSCRIPTION ( Magazine Publisher / United States ) | **1.00** | 60.00% | **0.60** | **USD** |
| | | | **450.60** | **USD** |

**Total for Standard [GPMNY] (60%)** **680.44 USD**

**Total for Gregory Mango** **680.44 USD**

**Gregory Mango**
210 17th Street
Studio #3
Brooklyn NY 11215
United States

**Royalty Statement for March 2015**

**Contributor: Gregory Mango**

**Commission Plan: Standard [GPMNY] (60%)**

**CONFIDENTIAL - Produced Subject to Protective Order**





12

POLARIS
IMAGES

## PHOTOGRAPHER SALES STATEMENT

Gregory Mango
210 17th Street
Brooklyn, NY 11215

Date: 1/17/08

| Client/Country | Subject | Inv # | Amount | % | Payment |
|---|---|---|---|---|---|
| New York Magazine Online | Natavia Lowery | 110178 | 50.00 | 50 | 25.00 |
| Who Weekly/Australia | William Petit pp. 54 | 110211 | 289.98 | 40 | 115.99 |
| Who Weekly/Australia | Memorial photocard pp. 54 | 110211 | 203.78 | 40 | 81.51 |
| Madison/Australia | Garvesite flowers pp. 54-55 | 110211 | 626.85 | 40 | 250.74 |

TOTAL: 473.24

CAP ↓ CAP ↓

POLARIS_GUEST - USERNAME

PG POL■IM345 - PASSWORD

↓ CAPS

FTP.POLARISIMAGES.COM

259 West 30th Street • 13th Floor • New York, NY 10001
Telephone: 212 967 5656 • Facsimile: 212 643 4544 • www.PolarisImages.com

CONFIDENTIAL - Produced Subject to Protective Order

MANG0414

26

## PHOTOGRAPHER SALES STATEMENT

Gregory Mango
210 17th Street
Brooklyn, NY 11215

Date: 02/11/11

| Client/Country | Subject | Inv # | Amount | % | Payment |
|---|---|---|---|---|---|
| Penguin Group Inc. | 2494124 Colombo Family tree – 1984, ¾ page | 115257 | 550.00 | 50 | 275.00 |
| Plus7dni/Slovakia | 9/11 anti mosque demonstrator PI3375870 | 115465 | 27.25 | 40 | 10.90 |
| MARIE CLAIRE/AUSTRALIA | Debrahlee Lorenzana p.88 | 115531 | 175.00 | 50 | 56.59 |

TOTAL: 342.49

259 West 30th Street • 13th Floor • New York, NY 10001
Telephone: 212 967 5656 • Facsimile: 212 643 4544 • www.PolarisImages.com

CONFIDENTIAL - Produced Subject to Protective Order



## Monthly Sales Report
## November 2012

| Invoice Reference | Date / Picture Description | Class | Country | Sale Price | Royalties |
|---|---|---|---|---|---|

**GPMNY** **Gregory Mango**
210 17th Street, studio #3
Brooklyn New York 11215-5309

| Invoice Reference | Date / Picture Description | Class | Country | Sale Price | Royalties |
|---|---|---|---|---|---|
| I0178092 | 11/23/2012 | TV PRODUCTION | USA | | |
| SPL 187243 | Frank DiPascali, former Madoff officer, set free on bail | | | 500.00 | 300.00 |
| I0178092COR | 11/30/2012 | TV PRODUCTION | USA | | |
| SPL 187243 | Frank DiPascali, former Madoff officer, set free on bail | | | 500.00 | 300.00 |
| I0178092RTN | 11/30/2012 | TV PRODUCTION | USA | | |
| SPL 187243 | Frank DiPascali, former Madoff officer, set free on bail | | | (500.00) | (300.00) |
| | **Contributor Total** | | | **$500.00** | **$300.00** |