P. EXHIBIT 96

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

GREGORY MANGO,

        Plaintiff,

v.

BUZZFEED, INC.

        Defendant.

No. 1:17-cv-06784-VM-KNF

ECF CASE

## FIRST STIPULATION OF FACTS

For use in this litigation and for no other purpose, Defendant BuzzFeed, Inc. ("BuzzFeed"), and Plaintiff Gregory Mango ("Mango"), by and through their undersigned counsel, hereby stipulate to the following undisputed facts, and agree that these stipulated facts may be received into evidence in lieu of further proof or testimony:

1. BuzzFeed is a leading independent online media company that produces news, entertainment, and lifestyle content to users across a global, cross-platform network, including via its website buzzfeed.com and its various social media channels.

2. BuzzFeed is a large-scale corporation which has over 1,000 employees.

3. BuzzFeed maintains offices in the U.S. and internationally, having offices in the United Kingdom, Australia, India, France, Germany, Mexico, Spain, and Brazil.

BuzzFeed and Mango agree to the above stipulations of agreed facts.

Dated:  July 27, 2017

| For Plaintiff Gregory Mango: | For Defendant BuzzFeed, Inc.: |
|---|---|
| *(signature)* | *(signature)* |
| James H. Freeman | Eleanor M. Lackman |
| LIEBOWITZ LAW FIRM, PLLC | Brittany L. Kaplan-Peterson |
| 11 Sunrise Plaza, Suite 305 | COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP |
| Valley Stream, New York 11580 | 41 Madison Ave., 38th Floor |
| Tel: (516) 233-1660 | New York, NY 10010 |
| Fax: (516) 612-2740 | Tel: (212) 974-7474 |
| jf@liebowitzlawfirm.com | Fax: (212) 974-8474 |
|  | ELackman@cdas.com |
|  | BKaplan@cdas.com |
| *Counsel for Plaintiff* | |
| *Gregory Mango* | *Counsel for Defendant BuzzFeed, Inc.* |



James H. Freeman <jameshfreeman@gmail.com>

## Mango v. Buzzfeed, Inc., 17-cv-6784 (VM) - Stipulations and Proposed Order

**James H. Freeman** <JF@liebowitzlawfirm.com>  Fri, Jul 27, 2018 at 4:16 PM
To: judgments@nysd.uscourts.gov
Cc: "Eleanor M. Lackman" <ELackman@cdas.com>, "Brittany L. Kaplan-Peterson" <BKaplan@cdas.com>

Dear Judgments Clerk:

Please find attached the following documents for transmission to Judge Marrero.

1) Stipulation and Proposed Order re: Liability for Copyright Infringement

2) Stipulation of Facts re: Buzzfeed's Size

Best,

James H. Freeman, Esq.
Liebowitz Law Firm, PLLC
(516) 233-1660

**2 attachments**



**Mango v. BuzzFeed, 17-cv-6784 (VM)_ Stipulation and Proposed Order on Liability.pdf**
185K

**Mango v. BuzzFeed, 17-cv-6784 (VM)_ Stipulation re BuzzFeed Size.pdf**
178K