# Exhibit 1

**Federal Tax Notice:** Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.  In addition, we do not impose upon any person or entity to whom this is addressed any limitation on the disclosure of the tax treatment or tax structure of any transaction discussed herein including any attachments.

---------- Forwarded message ----------
From: Liane Fisher <liane@fishertaubenfeld.com>
To: Wajmah Yaqubi <wajmah.yaqubi@buzzfeed.com>
Cc: Mike Hayes <mike@buzzfeed.com>
Bcc:
Date: Fri, 22 Sep 2017 17:36:50 +0000
Subject: RE: Raymond Parker story

Hi Wajmah,


I cannot locate the email where I forwarded you a picture of Mr. Paker. I believe Mr. Parker may have, himself, provided the picture. Do you think that's possible?


Liane Fisher, Esq.

Fisher Taubenfeld LLP

225 Broadway, Suite 1700

New York, New York 10007

Direct: (212) 384-0262

Main: (212) 571-0700

Fax: (212) 505-2001

www.fishertaubenfeld.com



MANG0026

Subject: Raymond Parker story

Hi Liane -

Hope this email finds you well.

BuzzFeed was contacted about the use of the photo of Raymond Parker in this story:
https://www.buzzfeed.com/mikehayes/new-york-city-to-pay-hiv-positive-man-denied-a-job-with

It is my recollection that your firm provided this photo to us for the story, but I can't seem to find the email in my inbox.

If you or your colleagues have the email saved in which you sent me the photo, could you please forward?

Thanks,
Mike


--


**Mike**

**Hayes**

**| BuzzFeed**

**|**

Senior Reporter

O:

646.798.0215

C:

203.364.7120

@michaelhayes

111

East 18th St., NY, NY 10003



#1

Most Innovative Company In The World – Fast Company


---------- Forwarded message ----------
From: Liane Fisher <liane@fishertaubenfeld.com>

**MANG0037**

To: Mike Hayes <mike@buzzfeed.com>
Cc:
Bcc:
Date: Tue, 11 Apr 2017 17:00:36 +0000
Subject: Re: Raymond Parker, Jr settlement

Thanks, Mike! Nice job.

Sent from my iPhone

Liane Fisher, Esq.
Fisher Taubenfeld LLP
225 Broadway, Suite 1700
New York, New York 10007
Direct: (212) 384-0262
Main: (212) 571-0700
Fax: (212) 233-3801
www.fishertaubenfeld.com

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**Federal Tax Notice:** Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.  In addition, we do not impose upon any person or entity to whom this is addressed any limitation on the disclosure of the tax treatment or tax structure of any transaction discussed herein including any attachments.

On Apr 11, 2017, at 12:24 PM, Mike Hayes <mike@buzzfeed.com> wrote:

> Story live: https://www.buzzfeed.com/mikehayes/new-york-city-to-pay-hiv-positive-man-denied-a-job-with?utm_term=.byd8B7M3L#.waDVxe46r
>
> Thanks for your help!
>
> Will follow up about your investigation into another state agency.

MANG0038

MH

On Tue, Apr 11, 2017 at 11:16 AM, Liane Fisher
<liane@fishertaubenfeld.com> wrote:

> Hi Mike,
>
> Thanks for reaching out. I'd be happy to comment on the matter. Will call you within the hour.
>
> Liane
>
> Liane Fisher, Esq.
>
> Fisher Taubenfeld LLP
>
> 225 Broadway, Suite 1700
>
> New York, New York 10007
>
> Direct: (212) 384-0262
>
> Main: (212) 571-0700
>
> Fax: (212) 505-2001
>
> www.fishertaubenfeld.com
>
> **Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.
>
> **Federal Tax Notice:** Any federal tax advice contained herein or any attachment hereto is not

**MANG0039**

intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.  In addition, we do not impose upon any person or entity to whom this is addressed any limitation on the disclosure of the tax treatment or tax structure of any transaction discussed herein including any attachments.

**From:** Mike Hayes [mailto:mike@buzzfeed.com]
**Sent:** Tuesday, April 11, 2017 10:54 AM
**To:** Liane@serrinsfisher.com; Liane Fisher <liane@fishertaubenfeld.com>
**Subject:** Raymond Parker, Jr settlement

Hi Liane -

Just left you a voicemail. I saw that the Raymond Parker, Jr. case settled yesterday. Writing on this today.

Give me a call when you have the chance. Thanks.

MH

--

**Mike Hayes | BuzzFeed** | Senior Reporter
O: 646.798.0215
C: 203.364.7120
@michaelhayes
111 East 18th St., NY, NY 10003

**MANG0040**

#1 Most Innovative Company In The World – Fast Company

--

**Mike**

**Hayes |**

**BuzzFeed**

| Senior Reporter

O:

646.798.0215

C:

203.364.7120

@michaelhayes

111

East 18th St., NY, NY 10003

   

#1

Most Innovative Company In The World – Fast Company

---------- Forwarded message ----------
From: Mike Hayes <mike@buzzfeed.com>
To: Liane Fisher <liane@fishertaubenfeld.com>
Cc:
Bcc:
Date: Tue, 11 Apr 2017 16:23:59 +0000
Subject: Re: Raymond Parker, Jr settlement
Story live: https://www.buzzfeed.com/mikehayes/new-york-city-to-pay-hiv-positive-man-denied-a-job-with?utm_term=.byd8B7M3L#.waDVxe46r

Thanks for your help!

Will follow up about your investigation into another state agency.

MH

**MANG0041**

On Tue, Apr 11, 2017 at 11:16 AM, Liane Fisher <liane@fishertaubenfeld.com> wrote:

Hi Mike,

Thanks for reaching out. I'd be happy to comment on the matter. Will call you within the hour.

Liane

Liane Fisher, Esq.

Fisher Taubenfeld LLP

225 Broadway, Suite 1700

New York, New York 10007

Direct: (212) 384-0262

Main: (212) 571-0700

Fax: (212) 505-2001

www.fishertaubenfeld.com

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**Federal Tax Notice:** Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service. In addition, we do not impose upon any person or entity to whom this is addressed any limitation on the disclosure of the tax treatment or tax structure of any

**MANG0042**

transaction discussed herein including any attachments.

**From:** Mike Hayes [mailto:mike@buzzfeed.com]
**Sent:** Tuesday, April 11, 2017 10:54 AM
**To:** Liane@serrinsfisher.com; Liane Fisher <liane@fishertaubenfeld.com>
**Subject:** Raymond Parker, Jr settlement

Hi Liane -

Just left you a voicemail. I saw that the Raymond Parker, Jr. case settled yesterday. Writing on this today.

Give me a call when you have the chance. Thanks.

MH

--

**Mike Hayes | BuzzFeed |** Senior Reporter
O: 646.798.0215
C: 203.364.7120
@michaelhayes
111 East 18th St., NY, NY 10003

#1 Most Innovative Company In The World – Fast Company

**MANG0043**

--

**Mike**

**Hayes |**

**BuzzFeed**

| Senior Reporter

O:

646.798.0215

C:

203.364.7120

@michaelhayes

111

East 18th St., NY, NY 10003



#1

Most Innovative Company In The World – Fast Company


---------- Forwarded message ----------
From: Mike Hayes <mike@buzzfeed.com>
To: Liane Fisher <liane@fishertaubenfeld.com>
Cc: "Liane@serrinsfisher.com" <Liane@serrinsfisher.com>
Bcc:
Date: Tue, 11 Apr 2017 15:18:41 +0000
Subject: Re: Raymond Parker, Jr settlement
Also, if you guys have a picture of Raymond you can share, please send.

On Tue, Apr 11, 2017 at 11:17 AM, Mike Hayes <mike@buzzfeed.com> wrote:
OK, cool

The sooner the better as the news was just announced: https://www.justice
.gov/usao-sdny/pr/acting-us-attorney-settles-civil-rights-suit-against-new-york-
city-violating-americans

On Tue, Apr 11, 2017 at 11:16 AM, Liane Fisher <liane@fishertaubenfeld.com>
wrote:

Hi Mike,

**MANG0044**

Thanks for reaching out. I'd be happy to comment on the matter. Will call you within the hour.


Liane


Liane Fisher, Esq.

Fisher Taubenfeld LLP

225 Broadway, Suite 1700

New York, New York 10007

Direct: (212) 384-0262

Main: (212) 571-0700

Fax: (212) 505-2001

www.fishertaubenfeld.com


**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.


**Federal Tax Notice:** Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.  In addition, we do not impose upon any person or entity to whom this is addressed any limitation on the disclosure of the tax treatment or tax structure of any transaction discussed herein including any attachments.

**MANG0045**

**From:** Mike Hayes [mailto:mike@buzzfeed.com]
**Sent:** Tuesday, April 11, 2017 10:54 AM
**To:** Liane@serrinsfisher.com; Liane Fisher <liane@fishertaubenfeld.com>
**Subject:** Raymond Parker, Jr settlement

Hi Liane -

Just left you a voicemail. I saw that the Raymond Parker, Jr. case settled yesterday. Writing on this today.

Give me a call when you have the chance. Thanks.

MH

--

**Mike Hayes | BuzzFeed** | Senior Reporter
O: 646.798.0215
C: 203.364.7120
@michaelhayes
111 East 18th St., NY, NY 10003

#1 Most Innovative Company In The World – Fast Company

--

**Mike**

MANG0046

**Hayes |**

**BuzzFeed**

| Senior Reporter

O:

646.798.0215

C:

203.364.7120

@michaelhayes

111

East 18th St., NY, NY 10003

LOL  omg  cute  📈

#1

Most Innovative Company In The World – Fast Company

--

**Mike**

**Hayes |**

**BuzzFeed**

| Senior Reporter

O:

646.798.0215

C:

203.364.7120

@michaelhayes

111

East 18th St., NY, NY 10003

LOL  omg  cute  📈

#1

Most Innovative Company In The World – Fast Company

…

[Message clipped]  View entire message

**12 attachments**

📄 **noname.eml**

**MANG0047**

**Brittany L. Kaplan-Peterson**

---------- Forwarded message ----------

---------- Forwarded message ----------
From: Liane Fisher <liane@fishertaubenfeld.com>
Date: Tue, Apr 11, 2017 at 1:00 PM
Subject: Re: Raymond Parker, Jr settlement
To: Mike Hayes <mike@buzzfeed.com>

1

Thanks, Mike! Nice job.

Sent from my iPhone

Liane Fisher, Esq.
Fisher Taubenfeld LLP
225 Broadway, Suite 1700
New York, New York 10007
Direct: (212) 384-0262
Main: (212) 571-0700
Fax: (212) 233-3801
www.fishertaubenfeld.com

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**Federal Tax Notice:** Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.  In addition, we do not impose upon any person or entity to whom this is addressed any limitation on the disclosure of the tax treatment or tax structure of any transaction discussed herein including any attachments.

On Apr 11, 2017, at 12:24 PM, Mike Hayes <mike@buzzfeed.com> wrote:

> Story live: https://www.buzzfeed.com/mikehayes/new-york-city-to-pay-hiv-positive-man-denied-a-job-with?utm_term=.byd8B7M3L#.waDVxe46r
>
> Thanks for your help!
>
> Will follow up about your investigation into another state agency.
>
> MH
>
>
> On Tue, Apr 11, 2017 at 11:16 AM, Liane Fisher <liane@fishertaubenfeld.com> wrote:
>
>> Hi Mike,
>>
>>
>> Thanks for reaching out. I'd be happy to comment on the matter. Will call you within the hour.
>>
>>
>> Liane
>>
>>
>> Liane Fisher, Esq.

2

Fisher Taubenfeld LLP

225 Broadway, Suite 1700

New York, New York 10007

Direct: (212) 384-0262

Main: (212) 571-0700

Fax: (212) 505-2001

www.fishertaubenfeld.com

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**Federal Tax Notice:** Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.  In addition, we do not impose upon any person or entity to whom this is addressed any limitation on the disclosure of the tax treatment or tax structure of any transaction discussed herein including any attachments.

**From:** Mike Hayes [mailto:mike@buzzfeed.com]
**Sent:** Tuesday, April 11, 2017 10:54 AM
**To:** Liane@serrinsfisher.com; Liane Fisher <liane@fishertaubenfeld.com>
**Subject:** Raymond Parker, Jr settlement

Hi Liane -

Just left you a voicemail. I saw that the Raymond Parker, Jr. case settled yesterday. Writing on this today.

Give me a call when you have the chance. Thanks.

3

DEF-00039

MH

--

**Mike Hayes** | **BuzzFeed** | Senior Reporter
O: 646.798.0215
C: 203.364.7120
@michaelhayes
111 East 18th St., NY, NY 10003

#1 Most Innovative Company In The World – Fast Company

--

**Mike Hayes** | **BuzzFeed** | Senior Reporter
O: 646.798.0215
C: 203.364.7120
@michaelhayes
111 East 18th St., NY, NY 10003



#1 Most Innovative Company In The World – Fast Company

--

**Mike Hayes** | **BuzzFeed** | Senior Reporter
O: 646.798.0215
C: 203.364.7120
@michaelhayes
111 East 18th St., NY, NY 10003



#1 Most Innovative Company In The World – Fast Company

--

**Mike Hayes** | **BuzzFeed** | Senior Reporter
O: 646.798.0215
C: 203.364.7120
@michaelhayes
111 East 18th St., NY, NY 10003

DEF-00040

LOL   omg   cute

#1 Most Innovative Company In The World – Fast Company

DEF-00041

# BuzzFeed

**Wajmah Yaqubi <wajmah.yaqubi@buzzfeed.com>**

## Raymond Parker story
5 messages

---

**Mike Hayes <mike@buzzfeed.com>**                                         Wed, Sep 13, 2017 at 4:13 PM
To: Liane Fisher <liane@fishertaubenfeld.com>
Cc: Wajmah Yaqubi <wajmah.yaqubi@buzzfeed.com>

Hi Liane -

Hope this email finds you well.

BuzzFeed was contacted about the use of the photo of Raymond Parker in this story:
https://www.buzzfeed.com/mikehayes/new-york-city-to-pay-hiv-positive-man-denied-a-job-with

It is my recollection that your firm provided this photo to us for the story, but I can't seem to find the email in my inbox.

If you or your colleagues have the email saved in which you sent me the photo, could you please forward?

Thanks,
Mike


--

**Mike Hayes | BuzzFeed | Senior Reporter**
O: 646.798.0215
C: 203.364.7120
@michaelhayes
111 East 18th St., NY, NY 10003



<ins>#1 Most Innovative Company In The World — Fast Company</ins>

---

**Wajmah Yaqubi <wajmah.yaqubi@buzzfeed.com>**                          Thu, Sep 21, 2017 at 10:13 AM
To: Mike Hayes <mike@buzzfeed.com>
Cc: Liane Fisher <liane@fishertaubenfeld.com>

Hello Liane, I'm following up on Mike Hayes' email.  Do you happen to have the email chain where you sent Raymond Parker's image to Mike? We'd love to get any information we can on where the image came from. You can just forward the email chain with the image attached.

Thank you in advance for any help you can offer.

Regards,
Wajmah
[Quoted text hidden]
--




**Wajmah Yaqubi | Director of Rights & Clearances**
**BuzzFeed: The Social News and Entertainment Company**
111 E. 18th St., NY, NY 10003  | t: 646-979-4765

---

DEF-00050

**liane@fishertaubenfeld.com** <liane@fishertaubenfeld.com>                     Thu, Sep 21, 2017 at 12:11 PM
To: Wajmah Yaqubi <wajmah.yaqubi@buzzfeed.com>
Cc: Mike Hayes <mike@buzzfeed.com>

Hi Wajmah,

My apologies for the delay in responding. I've been on trial. I will forward you the email when I am in the office tomorrow.

Best regards,
Liane
[Quoted text hidden]

---

**Wajmah Yaqubi** <wajmah.yaqubi@buzzfeed.com>                     Thu, Sep 21, 2017 at 1:41 PM
To: Liane Fisher <liane@fishertaubenfeld.com>
Cc: Mike Hayes <mike@buzzfeed.com>

Hello Liane, thank you so much for your quick response. I'll wait to hear from you tomorrow.

Have a great day!
Wajmah
[Quoted text hidden]

---

**Liane Fisher** <liane@fishertaubenfeld.com>                     Fri, Sep 22, 2017 at 1:36 PM
To: Wajmah Yaqubi <wajmah.yaqubi@buzzfeed.com>
Cc: Mike Hayes <mike@buzzfeed.com>

Hi Wajmah,


I cannot locate the email where I forwarded you a picture of Mr. Paker. I believe Mr. Parker may have, himself, provided the picture. Do you think that's possible?


Liane Fisher, Esq.

Fisher Taubenfeld LLP

225 Broadway, Suite 1700

New York, New York 10007

Direct: (212) 384-0262

Main: (212) 571-0700

Fax: (212) 505-2001

www.fishertaubenfeld.com


**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.


**Federal Tax Notice:** Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.  In addition, we do not impose upon any person or entity to whom this is addressed any

limitation on the disclosure of the tax treatment or tax structure of any transaction discussed herein including any attachments.

**From:** Wajmah Yaqubi [mailto:wajmah.yaqubi@buzzfeed.com]
**Sent:** Thursday, September 21, 2017 1:41 PM
**To:** Liane Fisher <liane@fishertaubenfeld.com>
**Cc:** Mike Hayes <mike@buzzfeed.com>
**Subject:** Re: Raymond Parker story

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

--

[Quoted text hidden]

#1 Most Innovative Company In The World – Fast Company

--

**Wajmah Yaqubi** | Director of Rights & Clearances
**BuzzFeed: The Social News and Entertainment Company**
111 E. 18th St., NY, NY 10003  | t: 646-979-4765

--

**Wajmah Yaqubi** | Director of Rights & Clearances
**BuzzFeed: The Social News and Entertainment Company**
111 E. 18th St., NY, NY 10003 | t: 646-979-4765

DEF-00053