# Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY MANGO,

                    Plaintiff,

        - against -

BUZZFEED, INC.,

                    Defendant.

Case No. 17-cv-6784

**SECOND OFFER OF JUDGMENT**

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant BuzzFeed, Inc.

("BuzzFeed"), by its undersigned counsel, hereby offers to allow judgment to be taken against it

in this action in the total amount of four thousand dollars ($4,000.00), which includes Plaintiff's

costs and any recoverable attorneys' fees under Section 505 of the U.S. Copyright Act (17

U.S.C. § 505) accrued to date herein as determined by the Court.

        The foregoing offer of judgment is made solely for the purposes specified in Rule 68, and

the amount agreed to herein is to be in total settlement of this action.  This offer is not to be

construed as an admission that Plaintiff is entitled to damages, or any award in an amount in

excess of $750.00. BuzzFeed makes this offer solely in the interest of an efficient and business-

based resolution to Plaintiff's claim, and evidence of this offer is not admissible except in a

proceeding to determine BuzzFeed's costs.

Dated: New York, New York
      July 27, 2018

                       COWAN, DᴇBAETS, ABRAHAMS &
                            SHEPPARD LLP

                       By:    /s/Eleanor M. Lackman
                       Eleanor M. Lackman
                       Brittany L. Kaplan-Peterson
                       41 Madison Avenue, 38th Floor
                       New York, New York 10010
                       Tel.:  (212) 974-7474
                       Fax:  (212) 974-8474
                       elackman@cdas.com
                       bkaplan@cdas.com

                       *Attorneys for Defendant BuzzFeed, Inc.*

To:     James H. Freeman, Esq.
        Liebowitz Law Firm, PLLC
        11 Sunrise Plaza, Suite 305
        Valley Stream, New York 11580
        JF@liebowitzlawfirm.com

        *Attorneys for Plaintiff Gregory Mango*