UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY MANGO,<br><br>                              Plaintiff,<br><br>  - against -<br><br>BUZZFEED, INC.,<br><br>                              Defendant. | Case No. 17-cv-6784 (VM)<br><br>**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Eleanor M. Lackman, a partner with the law firm of Mitchell Silberberg & Knupp LLP, attorneys for defendant BuzzFeed, Inc. ("Defendant") in the above-captioned action, hereby withdraws as attorney of record. Michelle Mancino Marsh and Lindsay Gael Korotkin of the firm Arent Fox LLP filed Notices of Appearance on May 20, 2019 (*see* Dkt. Nos. 75, 76) and will serve as counsel of record for Defendant in the above-referenced matter. I hereby request that my name and email address be removed from the case's official docket.

Dated: August 21, 2019
New York, New York

Respectfully submitted,

MITCHELL SILBERBERG
& KNUPP LLP

By: /s/ Eleanor M. Lackman
 Eleanor M. Lackman
 437 Madison Avenue, 25th Floor
 New York, New York 10022
 Tel: (212) 509-3900
 Fax: (212) 509-7239
 eml@msk.com

*Attorneys for Defendant BuzzFeed, Inc.*

**CERTIFICATE OF SERVICE**

    I, Eleanor M. Lackman, hereby certify that on August 21, 2019, I did cause the following document to be served on all counsel of record via CM/ECF.

/s/ Eleanor M. Lackman